## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABC CORPORATION,<br><br>                       Plaintiff,<br><br>v.<br><br>THE CORPORATIONS, INDIVIDUALS,<br>PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>                       Defendants. | **COMPLAINT**<br><br>Civil Action No. _____ |

## <u>COMPLAINT</u>

Plaintiff, ABC Corporation, ("plaintiff"), by and through its counsel,

Rupp Pfalzgraf LLC, hereby alleges the following against defendants, the corporations,

individuals, partnerships, and unincorporated associations identified on Schedule "A" attached

hereto.

## <u>INTRODUCTION</u>

1.      This is a civil action to enforce and protect plaintiff's rights against patent

infringement pursuant to the Patent Act, 35 U.S.C. § 101 *et seq.,* including 35 U.S.C. § 271.

2.      The patent at issue ("plaintiff's patent") was registered with the United States

Patent and Trademark Office ("USPTO") and remains in full force and effect.

3.      Without plaintiff's authorization or license, defendants are deliberately

manufacturing, importing, promoting, reproducing, offering for sale, selling, and/or distributing

infringing goods within this district through various internet-based e-commerce stores and fully interactive commercial internet websites operating under the seller identification names set forth in Schedule "A" (the "Seller IDs") attached hereto as **Exhibit A**.

4.      As a result, plaintiff is enduring continuous damages to its design patent at the hands of the defendants, who unlawfully reproduce goods utilizing plaintiff's patent to sell for substantial profits.

5.      To add insult to injury, the goodwill plaintiff's patent has generated is rapidly degrading as the defendants willfully continue to trick and confuse the public.

6.      In summary, plaintiff has expended significant amounts of resources in connection with its patent enforcement efforts, including legal fees and investigative fees to combat the harm caused by defendants' infringement actions.  Plaintiff now seeks injunctive relief and damages against defendants for Patent Infringement arising under 28 U.S.C. § 1651(a) and the patent laws of the United States, 35 U.S.C. § 101 et seq., including 35 U.S.C. §§ 271, 281, 283, 284 and 289.

## PARTIES

7.      Plaintiff is the inventor and owner of a design patent registered with the USPTO.

8.      Upon information and belief, defendants are corporations, individuals, partnerships and/or business entities of unknown makeup, who either reside and/or operate in foreign jurisdictions.  Defendants target their business activities towards consumers throughout the United States, including New York and this district using the operation of internet-based e-commerce stores, such as TEMU, via internet marketplace websites using their Seller IDs and additional seller identification aliases and domain names not yet known to plaintiff.

9.      Upon information and belief, defendants produce and/or distribute products from foreign jurisdictions and ship their goods to fulfillment centers within the United States to redistribute their products from those locations to the American consumer.

10.     Defendants have the capacity to be sued pursuant to Federal Rule of Civil Procedure 17(b).

11.     Upon information and belief, defendants will continue to register or acquire new seller identification aliases and domain names for the purpose of selling and offering for sale goods bearing infringing and counterfeit reproductions of plaintiff's patent unless preliminarily and permanently enjoined.

12.     Plaintiff has and will continue to suffer damages as a result of defendants' patent infringements unless injunctive and monetary relief is awarded by this Honorable Court.

## JURISDICTION AND VENUE

14.     This Court has subject matter jurisdiction over this case pursuant to the Federal Patent Act, 35 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338.

15.     Defendants are subject to personal jurisdiction in this district because defendants purposefully direct their sales of goods, utilizing plaintiff's patent, to New York residents by operating stores through online platforms that offer shipping within the United States, including in this district.  The defendants continue to infringe plaintiff's patent in this district by manufacturing, importing, promoting, reproducing, offering for sale, selling, and/or distributing unauthorized reproductions of plaintiff's patent through such internet-based e-commerce stores and fully interactive commercial Internet websites.

16.     Venue is proper in this district pursuant 28 U.S.C. § 1391 and 28 U.S.C. § 1400, since defendants are, upon information and belief, aliens engaged in advertising, importing, promoting, reproducing, offering for sale, selling, and/or distributing goods in this district that infringe on plaintiff's patent.

## GENERAL ALLEGATIONS

17.     Plaintiff has filed this lawsuit against defendants to enjoin online patent infringers who trade upon plaintiff's revolutionary patented design by distributing, offering to sell and/or selling unauthorized infringing goods that embody the inventions claimed in plaintiff's patent.

18.     Plaintiff's patent registration is valid, in full force and effect, unrevoked and uncanceled.

19.     Plaintiff is the owner of all rights, titles, and interests to its patent, including the exclusive right to enforce, sue, and recover damages for past and future infringement.

20.      Plaintiff has not granted a license or any other authorizations to defendants to make, use, offer for sale, sell and/or import goods that embody the design in plaintiff's patent.

21.     Upon information and belief, defendants willfully and knowingly infringe plaintiff's patent rights.  At all times relevant hereto, defendants knew or should have known of plaintiff's ownership of the patent, including its exclusive right to use and license such intellectual property.

22.     Upon information and belief, defendants are advertising, distributing, offering to sell and/or selling unauthorized goods that incorporate and infringe plaintiff's patent in U.S. interstate commerce.

23.     Defendants offer to sell infringing goods utilizing the distinct characteristics claimed in plaintiff's patent.

24.     Upon information and belief, without any authorization, defendants are actively using, promoting and otherwise advertising, distributing, selling and/or offering for sale substantial quantities of infringing goods possessing each major element of plaintiff's patent.

25.     Defendants are engaging in the above-described illegal infringing activities knowingly and intentionally or with reckless disregard or willful blindness to plaintiff's intellectual-property rights.

26.     If defendants' willful and intentional infringing activities are not preliminarily and permanently enjoined by this Court, plaintiff and the consuming public will continue to be harmed.

27.     Upon information and belief, defendants' payment and financial accounts are being used by defendants to accept, receive, and deposit profits from defendants' infringing activities connected to its Seller IDs and any other alias seller identification names being used and/or controlled by them.

28.     Upon information and belief, defendants continuously create new websites and online marketplace accounts using the Seller IDs listed in Schedule "A" attached hereto as Exhibit A, as well as other unknown fictitious names and addresses.

29.     Further, upon information and belief, defendants are likely to transfer or conceal their assets to avoid payment of any monetary judgment awarded to plaintiff in order to avoid being detected and shut down.  As a result, plaintiff has no adequate remedy at law and is suffering irreparable harm, injury and substantial damages directly and proximately caused by defendants' unauthorized and wrongful use of plaintiff's patent.

30.     Defendants must be enjoined from continuing to advertise, distribute, offer for sale and/or sell products that directly infringe on the protections afforded by plaintiff's patent pursuant to well established federal patent law.

## CLAIM

**INFRINGEMENT OF UNITED STATES
PATENT PURSUANT 35 U.S.C. § 271**

31.     Plaintiff reincorporates and realleges paragraphs 1 through 30 of this complaint as if fully set forth herein.

32.     Plaintiff is the owner of all rights, titles, and interests in and to the designs covered by the plaintiff's patent, and thus, plaintiff is entitled to receive all damages and benefits of any and all remedies for defendants' infringements.

33.     Without plaintiff's permission or authorization, defendants have infringed the exclusive rights relating to plaintiff's patent by importing, manufacturing, offering for sale, and/or selling a substantial portion of the components protected in plaintiff's patent.

34.     Defendants manufactured, supplied, and assembled infringing goods that contain one or more elements claimed in plaintiff's patent.

35.     As a result, defendants are directly liable for infringing plaintiff's patent under the Patent Act, 35 U.S.C. § 271.

36.     Defendants' unlawful actions have caused and are continuing to cause unquantifiable and irreparable harm and damage to plaintiff in an effort to reap the benefits of plaintiff's patent through unjust enrichment at plaintiff's expense.

37.     As a direct and proximate result of defendants' continuous infringement of plaintiff's patent, plaintiff is entitled to injunctive relief as well as monetary damages as provided by the Patent Act, including Defendants' profits pursuant to 35 U.S.C. §§ 284 and 289.  Plaintiff

is further entitled to its attorney's fees pursuant to 35 U.S.C. § 285.

38.     Defendants' conduct has caused and will continue to cause plaintiff to incur substantial damages, including irreparable harm, for which plaintiff has no adequate remedy at law, unless and until defendant is enjoined and restrained from infringing the plaintiff's patent.  Plaintiff urges this Court to grant plaintiff injunctive relief, as set forth below, because of the continuing infringements of plaintiff's patent and because of the significant threat of future infringement as evidenced herein.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff demands judgment, an award of equitable relief and monetary relief against defendants as follows:

A.     Entry of temporary, preliminary, and permanent injunctions pursuant to 35 U.S.C. § 284, and Federal Rule of Civil Procedure 65; enjoining and restraining defendants, their affiliates, officers, agents, representatives, servants, employees, and all persons acting in concert or participation therewith, from infringing plaintiff's patent in manufacturing or causing to be manufactured, producing, importing, advertising or promoting, distributing, selling or offering to sell products that infringe on the elements protected in plaintiff's patent; from infringing, counterfeiting, and from using any reproduction, counterfeit, copy, or colorable imitation of plaintiff's patent in connection with the publicity, promotion, offer for sale, sale, or advertising of any goods sold by defendants.

B.     Entry of an order pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and the Court's inherent authority, that upon plaintiff's request, the applicable governing internet

marketplace website operators and/or administrators for the Seller IDs who are provided with notice of an injunction issued by the Court disable and/or cease facilitating access to the Seller IDs, associated ecommerce stores and websites, and any other alias seller identification names being used and/or controlled by defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing infringements of plaintiff's patent.  The internet marketplace platforms include but are not limited to eBay, TEMU, and SHEIN.

       C.      Entry of an Order pursuant to 28 U.S.C. § 1651(a), and the Court's inherent authority, that upon plaintiff's request, any internet marketplace website operators and/or administrators for the Seller IDs who are provided with notice of an injunction issued by the Court, identify any name, address and e-mail address known to be associated with defendants' respective Seller IDs.

       D.      Entry of an order pursuant to 28 U.S.C. § 1651(a), and the Court's inherent authority that, upon plaintiff's request, any internet marketplace website operators and/or administrators who are provided with notice of an injunction issued by the Court permanently remove any and all listings and associated images of goods bearing infringements of plaintiff's patent via the e-commerce stores operating under the Seller IDs, and upon plaintiff's request, any other listings and images of goods bearing infringements of the plaintiff's patent associated with and/or linked to the same sellers or linked to any other alias seller identify cation names being used and/or controlled by defendants to promote, offer for sale and/or sell goods bearing infringements of the plaintiff's patent.

       E.      Entry of an order that, upon plaintiff's request, defendants and any financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, and their related companies and affiliates, identify and restrain all funds,

up to and including the total amount of judgment, in all financial accounts and/or sub-accounts used in connection with the Seller IDs or other alias seller identification or e-commerce store names, domain names and/or websites used by defendants presently or in the future, as well as any other related accounts of the same customer(s) and any other accounts which transfer funds into the same financial institution account(s), to be surrendered to Plaintiff in partial satisfaction of the monetary judgment entered herein.

F.     Entry of a judgment and award that defendants account for and pay to plaintiff damages adequate to compensate for defendants' infringements of the plaintiff's patent, including lost profits but in no event less than a reasonable royalty.

G.     Entry of a judgement and award of defendants' total profits in an amount subject to proof at trial, pursuant to 35 U.S.C. § 289.

H.     Entry of an Order finding that defendants' infringement was willful and an award of increased damages for willful infringement, pursuant to 35 U.S.C § 284.

I.     Entry of an Order finding this case is exceptional under 35 U.S.C. § 285 and awarding plaintiff its costs, expenses and disbursements incurred in this action, including reasonable attorney's fees as available by law to be paid by defendants.

J.     Entry of an award of prejudgment interest on the judgment amount.

K.     Entry of an Order for such other and further relief as the Court may deem just and proper.

Respectfully submitted on this 12th day of January, 2024.


**RUPP PFALZGRAF LLC**
*Attorneys for Plaintiff*
ABC Corporation


By:___*s/ James J. Graber*_____
        James J. Graber, Esq.
        Taylor L. Kent, Esq.
1600 Liberty Building
Buffalo, New York 14202
(716) 854-3400
graber@RuppPfalzgraf.com
kent@RuppPfalzgraf.com

# Exhibit A

| Seller's name | Seller's or item's location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|
| miihome | China | 5Pack Silicone Shower Drain Sink Bathtub Stopper Cover Hair Catcher Strainer | https://www.ebay.com/itm/194882769984?_trkparms=amclksrc%3DITM%26aid%3D111001%26algo%3DREC.SEED%26ao%3D1%26asc%3D20160811114145%26meid%3D1f91ca54769448cfb614527320f88faf%26pid%3D100667%26rk%3D1%26rkt%3D2%26sd%3D194882769984%26item%3D194882769984%26pmt%3D1%26noa%3D1%26pg%3D2351460%26brand%3DBrand&_trksid=p2351460.c100667.m2042 | eBay US |
| mygizmos | China | 4Pack Silicone Shower Drain Sink Bathtub Stopper Cover Hair Catcher Strainer USA | https://www.ebay.com/itm/204491379978?_trkparms=amclksrc%3DITM%26aid%3D111001%26algo%3DREC.SEED%26ao%3D1%26asc%3D20160811114145%26meid%3D1f91ca54769448cfb614527320f88faf%26pid%3D100667%26rk%3D2%26rkt%3D2%26sd%3D194882769984%26item%3D204491379978%26pmt%3D1%26noa%3D1%26pg%3D2351460%26brand%3DBrand&_trksid=p2351460.c100667.m2042 | eBay US |
| YWlinjin General | China | Prevent Clogging And Keep Sink Clean-1pc Push-style Silicone Rubber Floor Drain And Sink Stopper | https://us.shein.com/Prevent-Clogging-And-Keep-Sink-Clean-1pc-Push-style-Silicone-Rubber-Floor-Drain-And-Sink-Stopper-p-20580104-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| PartyGo General | China | 1pc Push-style Silicone Rubber Floor Drain And Sink Stopper Prevent Clogging And Keep Sink Clean | https://us.shein.com/1pc-Push-style-Silicone-Rubber-Floor-Drain-And-Sink-Stopper-Prevent-Clogging-And-Keep-Sink-Clean-p-21158756-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |

| LiYun General | China | Sink Plug Floor Drain Dair Stopper Hand Sink Plug Bath Catcher Sink Strainer Cover Tool | https://us.shein.com/Sink-Plug-Floor-Drain-Dair-Stopper-Hand-Sink-Plug-Bath-Catcher-Sink-Strainer-Cover-Tool-p-27093702-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| CHANJIAN General | China | 4/8pcs Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry | https://us.shein.com/4-8pcs-Push-type-Silicone-Floor-Drain-Silicone-Universal-Sink-Stopper-Prevent-Clogging-Bathroom-Drain-Hair-Catcher-Press-Water-Trap-Cover-For-Tub-Kitchen-Laundry-p-20225690-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| Chilin General | China | 1pc Washbasin sink leak plug, sewer pipe sink push-type flying saucer floor drain, odor-proof cover, bathroom sealing plug,Keep Your Bathroom Drains Clean and Clog-Free with Our Multi-Pack of Drain Stoppers!(random color) | https://us.shein.com/1pc-Washbasin-sink-leak-plug-sewer-pipe-sink-push-type-flying-saucer-floor-drain-odor-proof-cover-bathroom-sealing-plug-Keep-Your-Bathroom-Drains-Clean-and-Clog-Free-with-Our-Multi-Pack-of-Drain-Stoppers-random-color-p-25823889-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |

| LiYun General | China | **Sink Plug Floor Drain Dair Stopper Hand Sink Plug Bath Catcher Sink Strainer Cover Tool** | https://us.shein.com/Sink-Plug-Floor-Drain-Dair-Stopper-Hand-Sink-Plug-Bath-Catcher-Sink-Strainer-Cover-Tool-p-27093396-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D1%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| LiYun General | China | **Sink Plug Floor Drain Dair Stopper Hand Sink Plug Bath Catcher Sink Strainer Cover Tool** | https://us.shein.com/Sink-Plug-Floor-Drain-Dair-Stopper-Hand-Sink-Plug-Bath-Catcher-Sink-Strainer-Cover-Tool-p-26537420-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| BLISS General | China | **1PCS Hair Catcher Durable Silicone Hair Stopper Shower Drain Covers, Press-fit sink saucer-shaped floor drain cover, Easy to Install and Clean Suit for Bathroom Bathtub and Kitchen** | https://us.shein.com/1PCS-Hair-Catcher-Durable-Silicone-Hair-Stopper-Shower-Drain-Covers-Press-fit-sink-saucer-shaped-floor-drain-cover-Easy-to-Install-and-Clean-Suit-for-Bathroom-Bathtub-and-Kitchen-p-26367264-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |

| Zhiyumaoyi General | China | 3pcs Gray Bathroom Anti Clogging Floor Drain Plug,Kitchen Sink Drain Stopper,Anti-Odor Press Type Disc Drain Cover,Bathroom Tub Hair Catcher,Durable Shower Room Drain Caps. | https://us.shein.com/3pcs-Gray-Bathroom-Anti-Clogging-Floor-Drain-Plug-Kitchen-Sink-Drain-Stopper-Anti-Odor-Press-Type-Disc-Drain-Cover-Bathroom-Tub-Hair-Catcher-Durable-Shower-Room-Drain-Caps-p-25136546-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| SZSSQ General | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray , Bathroom Tools | https://us.shein.com/1pc-Push-type-Silicone-Floor-Drain-Silicone-Universal-Sink-Stopper-Prevent-Clogging-Bathroom-Drain-Hair-Catcher-Press-Water-Trap-Cover-For-Tub-Kitchen-Laundry-Gray-Bathroom-Tools-p-25960885-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |

| Kyerbtdc General | China | **2pc Push-Type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray , Bathroom Tools** | https://us.shein.com/2pc-Push-Type-Silicone-Floor-Drain-Silicone-Universal-Sink-Stopper-Prevent-Clogging-Bathroom-Drain-Hair-Catcher-Press-Water-Trap-Cover-For-Tub-Kitchen-Laundry-Gray-Bathroom-Tools-p-25606821-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |

| | | | | |
|---|---|---|---|---|
| **Handsome General** | China | **3pcs/set Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray , Bathroom Too, Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Drain Stopper - Bathtub Sink Strainer Shower Drain Hair Trap Hair Catcher Bath Tub Protector Drain Cover for Floor** | https://us.shein.com/3pcs-set-Push-type-Silicone-Floor-Drain-Silicone-Universal-Sink-Stopper-Prevent-Clogging-Bathroom-Drain-Hair-Catcher-Press-Water-Trap-Cover-For-Tub-Kitchen-Laundry-Gray-Bathroom-Too-Push-type-Silicone-Floor-Drain-Silicone-Universal-Sink-Stopper-Prevent-Clogging-Bathroom-Drain-Hair-Catcher-Press-Water-Trap-Cover-For-Tub-Kitchen-Laundry-Drain-Stopper-Bathtub-Sink-Strainer-Shower-Drain-Hair-Trap-Hair-Catcher-Bath-Tub-Protector-Drain-Cover-for-Floor-Laundry-Kitchen-and-Bathroom-blue-p-26770722-cat-5697.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| **TheStarLife Tube General** | China | **Bathroom Bathtub Drain Cover Silicone Drain Plug Kitchen Sink Drain Stopper Cover - Non-selective Color: 1pc/pack** | https://us.shein.com/Bathroom-Bathtub-Drain-Cover-Silicone-Drain-Plug-Kitchen-Sink-Drain-Stopper-Cover-Non-selective-Color-1pc-pack-p-26806152-cat-3531.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |

| | | | | |
|---|---|---|---|---|
| SongXinCraft General | China | **1pc 2-In-1 Drain Stopper Filter For Bathtub/Sink/Shower Waste Plug With Silicone Hot Water Tub Protector And Non-Slip Grip, Suitable For Floor, Laundry Room, Kitchen, Bathroom, Home Accessories** | https://us.shein.com/1pc-2-In-1-Drain-Stopper-Filter-For-Bathtub-Sink-Shower-Waste-Plug-With-Silicone-Hot-Water-Tub-Protector-And-Non-Slip-Grip-Suitable-For-Floor-Laundry-Room-Kitchen-Bathroom-Home-Accessories-p-27110126-cat-5697.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| Kyerbtdc General | China | **2pc Push-Type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray , Bathroom Tools** | https://us.shein.com/2pc-Push-Type-Silicone-Floor-Drain-Silicone-Universal-Sink-Stopper-Prevent-Clogging-Bathroom-Drain-Hair-Catcher-Press-Water-Trap-Cover-For-Tub-Kitchen-Laundry-Gray-Bathroom-Tools-p-25591703-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |

| Zhiyumaoyi General | China | **1pc Bathroom Anti Clogging Floor Drain Plug,Kitchen Sink Drain Stopper,Anti-Odor Press Type Disc Drain Cover,Bathroom Tub Hair Catcher,Durable Shower Room Drain Caps.** | https://us.shein.com/1pc-Bathroom-Anti-Clogging-Floor-Drain-Plug-Kitchen-Sink-Drain-Stopper-Anti-Odor-Press-Type-Disc-Drain-Cover-Bathroom-Tub-Hair-Catcher-Durable-Shower-Room-Drain-Caps-p-27107214-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| Kyerbtdc General | China | **2pc Push-Type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray , Bathroom Tools** | https://us.shein.com/2pc-Push-Type-Silicone-Floor-Drain-Silicone-Universal-Sink-Stopper-Prevent-Clogging-Bathroom-Drain-Hair-Catcher-Press-Water-Trap-Cover-For-Tub-Kitchen-Laundry-Gray-Bathroom-Tools-p-25606836-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |

| | | | | |
|---|---|---|---|---|
| **BLISS General** | China | **1PCS Hair Catcher Durable Silicone Hair Stopper Shower Drain Covers, Press-fit sink saucer-shaped floor drain cover, Easy to Install and Clean Suit for Bathroom Bathtub and Kitchen** | https://us.shein.com/1PCS-Hair-Catcher-Durable-Silicone-Hair-Stopper-Shower-Drain-Covers-Press-fit-sink-saucer-shaped-floor-drain-cover-Easy-to-Install-and-Clean-Suit-for-Bathroom-Bathtub-and-Kitchen-p-26224289-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| **YWtuanda General** | China | **Bathtub Stopper, Sink Stopper, Bathtub Drain Hair Catcher, Shower Drain Cover, Tub Sink Drain Strainer, Bathroom Drain Plug, Drain Stopper** | https://us.shein.com/Bathtub-Stopper-Sink-Stopper-Bathtub-Drain-Hair-Catcher-Shower-Drain-Cover-Tub-Sink-Drain-Strainer-Bathroom-Drain-Plug-Drain-Stopper-p-17373660-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| **Xinyiyouxuan General** | China | **1pc Silicone Drain Stopper, Modern Solid Bath Tub Plug For Bathroom** | https://us.shein.com/1pc-Silicone-Drain-Stopper-Modern-Solid-Bath-Tub-Plug-For-Bathroom-p-18301112-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |

| Kuujojo General | China | 1pc Silicone Drain Stopper, Minimalist Grey Bath Tub Plug For Home | https://us.shein.com/1pc-Silicone-Drain-Stopper-Minimalist-Grey-Bath-Tub-Plug-For-Home-p-14025956-cat-3532.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
|---|---|---|---|---|
| Chengxin1 General | China | 1pc Press-type Anti-insect And Deodorant Silicone Drain Cover Suitable For Drainage In Bathtub, Kitchen, Laundry Room, Featuring Hair Catcher | https://us.shein.com/1pc-Press-type-Anti-insect-And-Deodorant-Silicone-Drain-Cover-Suitable-For-Drainage-In-Bathtub-Kitchen-Laundry-Room-Featuring-Hair-Catcher-p-22305434-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| Louge General | China | 1pc Pink Press-type Silicone Deodorant Filter Drain Cover For Toilet, Hidden Plastic Floor Drain | https://us.shein.com/1pc-Pink-Press-type-Silicone-Deodorant-Filter-Drain-Cover-For-Toilet-Hidden-Plastic-Floor-Drain-p-25783970-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| CHENGYIJIA JV Tools & Home Improvement | China | 2pcs Random Color Silicone Disc Shaped Drain Strainer And Seal Stopper Set, Suitable For Sinks And Bathtubs, Kitchen And Bathroom Accessories | https://us.shein.com/2pcs-Random-Color-Silicone-Disc-Shaped-Drain-Strainer-And-Seal-Stopper-Set-Suitable-For-Sinks-And-Bathtubs-Kitchen-And-Bathroom-Accessories-p-20917186-cat-3532.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |

| JHhuaisi General | China | 5pcs/set Random Color Silicone Floor Drain Cover, Modern Solid Color Household Sewer Pipe Anti-smell Cover For Bathroom | https://us.shein.com/5pcs-set-Random-Color-Silicone-Floor-Drain-Cover-Modern-Solid-Color-Household-Sewer-Pipe-Anti-smell-Cover-For-Bathroom-p-15762128-cat-1962.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| Qiyue General | China | 1pc Shower Drain Stopper, Bathtub Stopper Silicone Drain Strainers Sink Stopper Easy to Install and Clean Protectors Cover for Bathtub Kitchen Bathroom and Laundry Sink Diameter 10 cm/3.94 inch-Random color | https://us.shein.com/1pc-Shower-Drain-Stopper-Bathtub-Stopper-Silicone-Drain-Strainers-Sink-Stopper-Easy-to-Install-and-Clean-Protectors-Cover-for-Bathtub-Kitchen-Bathroom-and-Laundry-Sink-Diameter-10-cm-3-94-inch-Random-color-p-24099181-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| Chengxin1 General | China | 1pc Press-type Anti-insect And Deodorizing Silicone Drain Cover, Universal Plug For Sink, Hair Collector For Bathroom Drainage Pipe, Water Pressure Cover For Bathtub, Kitchen, Laundry Room | https://us.shein.com/1pc-Press-type-Anti-insect-And-Deodorizing-Silicone-Drain-Cover-Universal-Plug-For-Sink-Hair-Collector-For-Bathroom-Drainage-Pipe-Water-Pressure-Cover-For-Bathtub-Kitchen-Laundry-Room-p-22305424-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |

| | | | | |
|---|---|---|---|---|
| **WZyidong Tools & Home Improvement** | China | **1pc Sink Stopper Silicone Bathtub Stopper, Kitchen Sink Drain Strainer, Bathroom Drain Plug Drain Stopper, Shower Drain Sink Cover with Hair Strainer, Laundry Sink Drain Stopper (3 colors)** | https://us.shein.com/1pc-Sink-Stopper-Silicone-Bathtub-Stopper-Kitchen-Sink-Drain-Strainer-Bathroom-Drain-Plug-Drain-Stopper-Shower-Drain-Sink-Cover-with-Hair-Strainer-Laundry-Sink-Drain-Stopper-3-colors-p-17293664-cat-5697.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| **Hongli01 Tools & Home Improvement** | China | **Kitchen Press Type Deodorant Filter Mesh, Silicone Disc Bouncing Drain Cover For Bathroom & Kitchen, Random Colors, 1/3pcs** | https://us.shein.com/Kitchen-Press-Type-Deodorant-Filter-Mesh-Silicone-Disc-Bouncing-Drain-Cover-For-Bathroom-Kitchen-Random-Colors-1-3pcs-p-26102879-cat-3531.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| **JieYang Tools & Home Improvement** | China | **1PC Kitchen Press Type Anti Clogging Silicone Floor Drain Size 3.85in * 3.85in Bathroom Anti Clogging Sink Filtering Floor Drain** | https://us.shein.com/1PC-Kitchen-Press-Type-Anti-Clogging-Silicone-Floor-Drain-Size-3-85in-3-85in-Bathroom-Anti-Clogging-Sink-Filtering-Floor-Drain-p-27172966-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |

| | | | | |
|---|---|---|---|---|
| Louge General | China | **1pc White Silicone Press-type Odor-proof Floor Drain Cover Bathroom Drain Filter Plug, Hidden Drain Cap Plastic Drainage** | https://us.shein.com/1pc-White-Silicone-Press-type-Odor-proof-Floor-Drain-Cover-Bathroom-Drain-Filter-Plug-Hidden-Drain-Cap-Plastic-Drainage-p-25787109-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| JHkaisheng General | China | **1pc Silicone Random Color Drain Stopper** | https://us.shein.com/1pc-Silicone-Random-Color-Drain-Stopper-p-15765724-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| Youfanjiaju General | China | **1pc Plastic Sink Filter Drain For Kitchen** | https://us.shein.com/1pc-Plastic-Sink-Filter-Drain-For-Kitchen-p-18523700-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| QZmushu Tools & Home Improvement | China | **Sink Basin Drain Plug, Press Type Disk-shaped Floor Drain With Anti-odor Cover For Bathroom** | https://us.shein.com/Sink-Basin-Drain-Plug-Press-Type-Disk-shaped-Floor-Drain-With-Anti-odor-Cover-For-Bathroom-p-22948947-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |

| Xiaohao Appliances | China | **1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray , Bathroom Tools** | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-g-601099513943838.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F0173ade965d4b9f368a08b2909b5b320.jpg&spec_gallery_id=13950208&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTg&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699988018629_aycnri7ohm&_x_sessn_id=9kw1jyucmc&is_back=1 | **TEMU marketplace** |
| Home Furnishing factory | China | **1pc 2-in-1 Drain Stopper & Filters Bathtub Sink Strainer, Shower Drain Hair Trap Catcher, Silicone Hot Bath Tub Protector Good Grips, Drain Cover For Floor, Laundry, Kitchen, Bathroom, Household Accessories** | https://www.temu.com/1pc-2-in-1-drain-stopper-filters-bathtub-sink-strainer-shower-drain-hair-trap-catcher-silicone-hot-bath-tub-protector-good-grips-drain-cover-for-floor-laundry-kitchen-bathroom-household-accessories-g-601099525194369.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-09-03%2F1693709176741-93c073ad586d4164b7213ef627c84aaf-goods.jpeg&spec_gallery_id=2031792688&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTM&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699988018629_aycnri7ohm&_x_sessn_id=9kw1jyucmc | **TEMU marketplace** |

| Winnies Department | China | **1pc Press-type Anti-odor Sink Drain Strainer, Floor Drain Cover, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Round Bath Tub Plug For Home Bathroom, Bathroom Accessories** | https://www.temu.com/1pc-press-type-anti-odor-sink-drain-strainer-floor-drain-cover-silicone-drain-stopper-hair-catcher-shower-drain-cover-round-bath-tub-plug-for-home-bathroom-bathroom-accessories-g-601099525976054.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F603f22f2bdaefdc0da3358ad66268581.jpg&spec_gallery_id=2043633115&refer_page_sn=10009&refer_source=0&_oak_freesia_scene=2&_oak_rec_ext_1=OTc&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699988018629_aycnri7ohm&_x_sessn_id=9kw1jyucmc | TEMU marketplace |
| Luo si fen | China | **3pcs Press-type Anti-odor Sink Drain Strainer, Floor Drain Cover, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Round Bath Tub Plug For Home Bathroom, Home Essentials** | https://www.temu.com/3pcs-press-type-anti-odor-sink-drain-strainer-floor-drain-cover-silicone-drain-stopper-hair-catcher-shower-drain-cover-round-bath-tub-plug-for-home-bathroom-home-essentials-g-601099520810286.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-07-13%2F1689219981138-fde36153d60b42d4a2b8219618f82e87-goods.jpeg&spec_gallery_id=2016162646&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjI3&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699988018629_aycnri7ohm&_x_sessn_id=9kw1jyucmc | TEMU marketplace |

| | | | | |
|---|---|---|---|---|
| PENGCHEN GFY | China | **5pcs Press-type Anti-odor Sink Drain Strainer, Sink Drain Protector, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Round Bath Tub Plug For Home Bathroom, Bathroom Accessories** | https://www.temu.com/5pcs-press-type-anti-odor-sink-drain-strainer-sink-drain-protector-silicone-drain-stopper-hair-catcher-shower-drain-cover-round-bath-tub-plug-for-home-bathroom-bathroom-accessories-g-601099526523813.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-09-16%2F1694849269100-be48923f8ab249bd984cc161a46d5f3d-goods.jpeg&spec_gallery_id=2043552151&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjEw&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699988018629_aycnri7ohm&_x_sessn_id=9kw1jyucmc | TEMU marketplace |
| Whtshop | China | **1pc 2-in-1 Drain Stopper & Filters, Bathtub Sink Strainer Shower Drain Hair Trap Catcher, Silicone Hot Bath Tub Protector, Good Grips Drain Cover For Floor, Laundry, Kitchen, Bathroom, Household Accessories** | https://www.temu.com/1pc-2-in-1-drain-stopper-filters-bathtub-sink-strainer-shower-drain-hair-trap-catcher-silicone-hot-bath-tub-protector-good-grips-drain-cover-for-floor-laundry-kitchen-bathroom-household-accessories-g-601099525187779.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F5688d4d7c3b9af38624d6833639d14db.jpg&spec_gallery_id=2032493812&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTA4&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699988018629_aycnri7ohm&_x_sessn_id=9kw1jyucmc | TEMU marketplace |

| yxw super factory | China | **3pcs Press-type Anti-odor Sink Drain Strainer, Floor Drain Cover, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Round Bath Tub Plug For Home Bathroom, Home Essentials** | https://www.temu.com/3pcs-press-type-anti-odor-sink-drain-strainer-floor-drain-cover-silicone-drain-stopper-hair-catcher-shower-drain-cover-round-bath-tub-plug-for-home-bathroom-home-essentials-g-601099524069016.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F312b1a993017eb71b5968228fde00592.jpg&spec_gallery_id=2026491509&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjAx&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699988018629_aycnri7ohm&_x_sessn_id=9kw1jyucmc | TEMU marketplace |
| Sweethess | China | **1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen Accessories** | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-accessories-g-601099528513835.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-10-06%2F1696582194897-ad5bfd5f7d1b402495e6e02aaefeed81-goods.jpeg&spec_gallery_id=2039247980&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTg&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699988018629_aycnri7ohm&_x_sessn_id=9kw1jyucmc | TEMU marketplace |

| RR Beauty | China | **1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray, Bathroom Tools** | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-bathroom-tools-g-601099530196425.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F577eec6dcd8c77f1e40a21a09f49b240.jpg&spec_gallery_id=2043588615&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTg&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699990149136_dhu2fgdft3&_x_sessn_id=9kw1jyucmc | TEMU marketplace |
| JAMIE BEST | China | **3pcs Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray** | https://www.temu.com/3pcs-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-g-601099527736784.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-09-26%2F1695724646045-f73b6d2dc42741e9b5c8d30018e214c0-goods.jpeg&spec_gallery_id=2035634146&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTk4&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699990149136_dhu2fgdft3&_x_sessn_id=9kw1jyucmc | TEMU marketplace |

| | | | | |
|---|---|---|---|---|
| **Something Good Shop** | **China** | **1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray** | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-g-601099527406556.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-09-24%2F1695519405706-a9d82ecd5e534572942de818d712814a-goods.jpeg&spec_gallery_id=2036181569&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTg&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699990149136_dhu2fgdft3&_x_sessn_id=9kw1jyucmc | **TEMU marketplace** |
| **luoyingA** | **China** | **1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray** | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-g-601099529225442.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-10-11%2F1697042293962-914d2774f9344ba7b66e41ee2e82257d-goods.jpeg&spec_gallery_id=2040562322&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTM&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699990149136_dhu2fgdft3&_x_sessn_id=9kw1jyucmc | **TEMU marketplace** |

| | | | | |
|---|---|---|---|---|
| **MSSugarHome** | China | **1pc Anti-Clogging Silicone Floor Drain with Push-Type Deodorant Closure and Bouncing Action , Bathroom Tools** | https://www.temu.com/1pc-kitchen-push-type-deodorant-closed-bouncing-silicone-floor-drain-sink-plug-floor-drain-anti-clogging-sink-filter-g-601099513225675.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fb44b36d0eded00fdf726fcee03462ee.jpg&spec_gallery_id=9900248&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Nzk&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |
| **Luban Home Furnishing Factory** | China | **3/5pcs Push Type Silicone Floor Drain, Universal Silicone Sink Cover, Prevents Clogging, Bathroom Drain Hair Collector, Pressure Water Trap Cover, For Bathroom, Kitchen, Laundry, Gray, Bathroom Tools, Bathroom Sink Cover, Bathroom Cover** | https://www.temu.com/3-5pcs-push-type-silicone-floor-drain-universal-silicone-sink-cover-prevents-clogging-bathroom-drain-hair-collector-pressure-water-trap-cover-for-bathroom-kitchen-laundry-gray-bathroom-tools-bathroom-sink-cover-bathroom-cover-g-601099528179094.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fc2092fc1e6b9e39346a8e8f96434b6be.jpg&spec_gallery_id=2037703343&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjQ4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |

| Adult body | China | 1pc Kitchen Push-type Deodorant Closed Bouncing Silicone Floor Drain, Bathroom Anti-clogging Sink Filter, Floor Drain Plug | https://www.temu.com/1pc-kitchen-push-type-deodorant-closed-bouncing-silicone-floor-drain-bathroom-anti-clogging-sink-filter-floor-drain-plug-g-601099523182354.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F0a4551f7a637fda250235f9ae36ca388.jpg&spec_gallery_id=2021992087&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTA4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |
| Honglin Network | China | 2pcs Push-Type Silicone Floor Drain & Universal Sink Stopper, Prevent Clogging And Keep Your Sink Clean | https://www.temu.com/2pcs-push-type-silicone-floor-drain-universal-sink-stopper-prevent-clogging-and-keep-your-sink-clean-g-601099524503529.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-08-25%2F1692972005297-2215bb15ab8a4f70b0c10ae5b0a4f5c4-goods.jpeg&spec_gallery_id=2028211257&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTc4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |

| Jingdi Flower Tea Shop | China | **1pc Silicone Universal Sink Stopper, Prevents Clogging, Pressure Water Cover For Bathroom Drainer, Bathtub, Kitchen, Laundry Room, Silicone Floor Drain** | https://www.temu.com/1pc-silicone-universal-sink-stopper-prevents-clogging-pressure-water-cover-for-bathroom-drainer-bathtub-kitchen-laundry-room-silicone-floor-drain-g-601099523070432.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F8c3005f8d47be8f1ef98592c3cdd4ee2.jpg&spec_gallery_id=2020718814&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTg&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | **TEMU marketplace** |
| yozea Home Furnishings | China | **1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray, Bathroom Tools** | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-bathroom-tools-g-601099528135650.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F0173ade965d4b9f368a08b2909b5b320.jpg&spec_gallery_id=2036114799&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTAy&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | **TEMU marketplace** |

| JCXKJ | China | **1pc Silicone Anti-Odor Floor Drain with Press-Type Sink Filter - Easy to Install and Maintain - Perfect for Bathroom Sink and Tub - Reduces Odors and Clogs** | https://www.temu.com/1pc-anti-odor-floor-drain-press-type-sink-drain-filter-silicone-drain-stopper-round-bath-tub-plug-for-bathroom-simple-sink-drain-cover-g-601099518589765.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancyalgo%2Ftoaster-api%2Ftoaster-processor-image-cm2in%2F6eee5902-01e2-11ee-96bc-0a580a698dd1.jpg&spec_gallery_id=2007851478&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTM&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | **TEMU marketplace** |
| NAN OFFICE STUDIES | China | **2pcs Blue Kitchen Press-On Floor Drain, Odor Proof Silicone Dual Purpose Sink, Anti Clog Floor Drain, Round Plastic Filter Floor Drain Cover** | https://www.temu.com/2pcs-blue-kitchen-press-on-floor-drain-odor-proof-silicone-dual-purpose-sink-anti-clog-floor-drain-round-plastic-filter-floor-drain-cover-g-601099528476655.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancyalgo%2FVirtualModelMatting%2F0330e16a11c544abd5dd40d4a4d1d62f.jpg&spec_gallery_id=2040051160&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTc4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | **TEMU marketplace** |

| | | | | |
|---|---|---|---|---|
| Chaofan life | China | **2pcs Kitchen Press-type Anti-odor Closed Bouncing Silicone Floor Drain, Bathroom Anti-clogging Plastic Sink Filter, Floor Drain Water Plug** | https://www.temu.com/2pcs-kitchen-press-type-anti-odor-closed-bouncing-silicone-floor-drain-bathroom-anti-clogging-plastic-sink-filter-floor-drain-water-plug-g-601099530371569.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F01110800d8e8f97c94af82004c995ea8.jpg&spec_gallery_id=2044347579&refer_page_sn=10017&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTk4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&refer_page_name=bgn_verification&refer_page_id=10017_1699991610400_ulpx8rsxuc&_x_sessn_id=9kw1jyucmc | **TEMU marketplace** |
| YINGTAI | China | **1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray, Bathroom Tools** | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-bathroom-tools-g-601099527626703.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-09-25%2F1695657400116-352ee2f7e8cf4a199f55ad8488cdd6fd-goods.jpeg&spec_gallery_id=2034455011&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Nzc&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | **TEMU marketplace** |

| ZL office accessories | China | 1/3/5pcs Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray, Bathroom Tools | https://www.temu.com/1-3-5pcs-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-bathroom-tools-g-601099525435317.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-09-05%2F1693917529791-9dd845b32ca84afcba48e5b68fca7f44-goods.jpeg&spec_gallery_id=2029650380&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTI4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |
| Colvyr | China | 1pc Sink Anti-blocking Silicone Floor Drain, Press-type Anti-odor Sink Drain Strainer, Floor Drain Cover, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Drain Cover Filter For Home Bathroom, Home Essentials | https://www.temu.com/1pc-sink-anti-blocking-silicone-floor-drain-press-type-anti-odor-sink-drain-strainer-floor-drain-cover-silicone-drain-stopper-hair-catcher-shower-drain-cover-drain-cover-filter-for-home-bathroom-home-essentials-g-601099522164182.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F9329a753afa7221eb59ec3466a197f6f.jpg&spec_gallery_id=2016287269&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_rec_ext_1=OTg&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |

| East rises | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-g-601099529945212.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-10-17%2F1697532066108-a797799dc8054ac7b7cc07c76f457a7e-goods.jpeg&spec_gallery_id=2042380119&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Nzg&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |
| HEGANG | China | 2pcs Kitchen Press, Deodorant Closed Spring Silicone Floor Drain, Bathroom Anti-clogging Plastic Sink Filter, Water Plug Drain | https://www.temu.com/2pcs-kitchen-press-deodorant-closed-spring-silicone-floor-drain-bathroom-anti-clogging-plastic-sink-filter-water-plug-drain-g-601099528272836.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-10-04%2F1696394585690-21ef07113f2148b4afc15859d0cfc1b2-goods.jpeg&spec_gallery_id=2038381738&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTc1&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |

| LHBMAX | China | **2pcs Prevent Clogging And Keep Your Sink Clean, Push-Type Silicone Floor Drain & Universal Sink Stopper** | https://www.temu.com/2pcs-prevent-clogging-and-keep-your-sink-clean-push-type-silicone-floor-drain-universal-sink-stopper-g-601099526355380.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-09-14%2F1694690235211-229dc68c0ae0419484ac43218140cd8c-goods.jpeg&spec_gallery_id=2035481982&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTc4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |
| Mahua FunAge | China | **2pcs Prevent Clogging And Keep Your Sink Clean, Push-Type Silicone Floor Drain & Universal Sink Stopper** | https://www.temu.com/2pcs-prevent-clogging-and-keep-your-sink-clean-push-type-silicone-floor-drain-universal-sink-stopper-g-601099522787812.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-08-06%2F1691311395980-c52fa8d1d0704e7f8d4fbf5128c0e065-goods.jpeg&spec_gallery_id=2022226476&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTk4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |

| Yun yue | China | **2pcs Press-type Anti-odor Sink Drain Strainer, Floor Drain Cover, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Round Bath Tub Plug For Home Bathroom, Home Essentials, Bathroom Accessories** | https://www.temu.com/2pcs-press-type-anti-odor-sink-drain-strainer-floor-drain-cover-silicone-drain-stopper-hair-catcher-shower-drain-cover-round-bath-tub-plug-for-home-bathroom-home-essentials-bathroom-accessories-g-601099528336712.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F6a7f9f57fd1cebb38b9d1398b9aebf3a.jpg&spec_gallery_id=2036247057&refer_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTQ4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | **TEMU marketplace** |
| | China | **1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray** | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-g-601099531003879.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-10-25%2F1698215932784-e4cb78cb7b684394b70ca868b5f9b332-goods.jpeg&spec_gallery_id=2046545291&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTA5&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | **TEMU marketplace** |

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

24 CV 59

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

ABC CORPORATION

## DEFENDANTS

The Corporations, Individual Partnerships, et al.

**(b)** County of Residence of First Listed Plaintiff  ERIE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  NA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
James J. Graber, Esq., Rupp Pfalzgraf LLC, 1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
Tele: 716-854-3400

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*  and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS

**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C. § 101 et. seq.

Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE
01/12/2024

SIGNATURE OF ATTORNEY OF RECORD
s/ James J. Graber, Esq.

**FOR OFFICE USE ONLY**

RECEIPT #____  AMOUNT____  APPLYING IFP____  JUDGE____  MAG. JUDGE____