**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

---

UMBRA LLC,

                        Plaintiff,

vs.                                                    Docket No.: 1:24-cv-00059-JLS

THE CORPORATIONS, INDIVIDUALS,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

                        Defendants.

---

**NOTICE OF MOTION FOR ENTRY OF A TEMPORARY
RESTRAINING ORDER, PRELIMINARY INJUNCTION,
AND ORDER RESTRAINING THE TRANSFER OF ASSETS**

| | |
|---|---|
| **Nature of Action**: | Patent Infringement. |
| **Moving Party**: | Plaintiff, Umbra LLC. |
| **Date and Time**: | To be determined by the Court. |
| **Place**: | Hon. John L. Sinatra<br>U.S. Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202 |
| **Supporting Papers**: | Declaration of Leslie Mandelbaum dated February 15, 2024, with exhibits, along with the Declaration of James Graber, Esq., and supporting memorandum of, both dated February 22, 2024. |
| **Reply Papers**: | Plaintiff intends to submit reply papers, if permitted. |
| **Relief Requested**: | An Order granting plaintiff's *ex parte* motion for a temporary restraining order, preliminary injunction and order restraining the transfer of assets, together with such other and further relief as this Court deems just and proper. |

| | |
|---|---|
| **Grounds for Relief**: | Federal Rules of Civil Procedure 65; Local Rules of Civil Procedure 65(a) and (b)(1). |
| **Oral Argument**: | Requested, in the Court's discretion. |

Dated: February 22, 2024

**RUPP PFALZGRAF LLC**
*Attorneys for Plaintiff*

By: *s/James J. Graber*
James J. Graber
Taylor L. Kent
1600 Liberty Building
Buffalo, New York 14202
(716) 854-3400
graber@RuppPfalzgraf.com
kent@RuppPfalzgraf.com