# EXHIBIT A

US010273671B2

(12) **United States Patent**
Wisniewski et al.

(10) Patent No.: **US 10,273,671 B2**
(45) Date of Patent: **Apr. 30, 2019**

(54) **DRAIN COVER**

(71) Applicant: **Umbra LLC**, Buffalo, NY (US)

(72) Inventors: **Alan Wisniewski**, Stouffville (CA); **Anthony Keeler**, Brooklyn, NY (US)

(73) Assignee: **Umbra LLC**, Buffalo, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 221 days.

(21) Appl. No.: **15/251,730**

(22) Filed: **Aug. 30, 2016**

(65) **Prior Publication Data**

US 2018/0058051 A1     Mar. 1, 2018

(51) **Int. Cl.**
*E03C 1/262* (2006.01)
*A47K 1/14* (2006.01)

(52) **U.S. Cl.**
CPC ................ *E03C 1/262* (2013.01); *A47K 1/14* (2013.01)

(58) **Field of Classification Search**
CPC ... E03C 1/23; E03C 1/26; E03C 1/181; E03C 1/262; E04H 4/00; E04H 4/12; A47K 1/14; A61L 9/12
USPC ..................................................... 4/693, 293
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 656,352 A | * | 8/1900 | Holmes ................... A47K 1/14 4/293 |
| 4,007,500 A | | 2/1977 | Thompson et al. |
| 4,188,676 A | * | 2/1980 | Tolnai ..................... A47K 1/14 251/75 |
| 4,361,279 A | * | 11/1982 | Beacham ................. A61L 9/12 239/56 |
| 4,420,844 A | * | 12/1983 | Puckett ..................... A47K 1/14 4/286 |
| 4,505,429 A | * | 3/1985 | Mandon ................... A61L 9/12 239/56 |
| 4,908,883 A | * | 3/1990 | Rivera ...................... A47K 1/14 4/286 |
| 4,926,507 A | * | 5/1990 | Craig ........................ A47K 1/14 4/286 |
| 5,832,545 A | * | 11/1998 | Pan ........................... A47K 1/14 4/286 |
| 6,067,669 A | * | 5/2000 | Peterson ................. E03C 1/262 4/287 |
| 6,138,290 A | * | 10/2000 | Lin ........................... E03C 1/22 4/286 |

(Continued)

OTHER PUBLICATIONS

OXO Tot Silicone Tub Drain Stopper; OXO Cook's Tools; Available for purchase at: ttps://www.amazon.com/OXO-Silicone-Drain-Stopper-Aqua/dp/B0038JE650/ref=cm_cr_arp_d_bdcrb_top?ie=UTF8; Published as early as Oct. 2, 2010. Last accessed Jun. 27, 2016.

(Continued)

*Primary Examiner* — Janie M Loeppke
(74) *Attorney, Agent, or Firm* — Simpson & Simpson, PLLC

(57) **ABSTRACT**

A drain cover including a positioning member arranged to surround an opening of a pipe of a drain and fit within the pipe, the positioning member including a plurality of openings, and a resilient sealing member connected to the positioning member at a center point, the resilient sealing member including a rim arranged concentrically about the center point. The rim contacts the positioning member to prevent fluid from passing through the plurality of openings in a closed position. The rim does not contact the positioning member to allow fluid to pass through the plurality of openings in an open position.

**17 Claims, 5 Drawing Sheets**



**US 10,273,671 B2**

Page 2

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,418,570 B1 * | 7/2002 | Ball | A47K 1/14 4/295 |
| 6,732,385 B1 * | 5/2004 | Henderson | A47K 1/14 4/295 |
| 9,234,337 B2 * | 1/2016 | Ball | E03C 1/23 |
| 2003/0019025 A1 * | 1/2003 | Mullings | E04H 4/1236 4/507 |
| 2010/0024108 A1 * | 2/2010 | Yang | E03C 1/23 4/295 |
| 2011/0023221 A1 * | 2/2011 | Gibson | A47K 1/14 4/293 |
| 2011/0138527 A1 * | 6/2011 | Siena | A47K 1/14 4/295 |
| 2012/0090084 A1 * | 4/2012 | Ball | E03C 1/262 4/286 |
| 2013/0269100 A1 * | 10/2013 | Ball | E03C 1/23 4/693 |
| 2014/0101834 A1 * | 4/2014 | Ball | E03C 1/26 4/286 |
| 2015/0299993 A1 * | 10/2015 | Danhi | E03C 1/22 4/679 |
| 2016/0130793 A1 * | 5/2016 | Lesmeister | A47K 1/14 4/287 |
| 2016/0215485 A1 * | 7/2016 | Scott | E03C 1/262 |
| 2016/0230393 A1 * | 8/2016 | Huber | E04D 13/0409 |

### OTHER PUBLICATIONS

Mod'n Style MK1 (6 inch) Silicone Drain Stopper and Sink Stopper for Your Kitchen, Laundry or Bath; Rebel Lace; Available for purchase at: https://www.amazon.com/Style-Silicone-Stopper-Kitchen-Laundry/dp/B00KOCA0WC; Published as early as Aug. 2, 2014. Last accessed Aug. 22, 2016.

OXO Good Grips Pop Up Drain Protector; Available for purchase at: https://www.bedbathandbeyond.com/store/product/oxo-good-grips-reg-pop-up-drain-protector/1043058815#BVRRWidgetID; Published as early as Jan. 1, 2015; Last accessed Aug. 22, 2016.

Drain stop / Hair Catcher; Umbra LLC; PowerPoint Presentation Published Oct. 23, 2014; Last accessed Nov. 9, 2016.

* cited by examiner



Fig. 1



Fig. 2A

Fig. 2B

Fig. 3A

Fig. 3B



Fig. 4A

Fig. 4B

Fig. 5



Fig. 6

Fig. 7



Fig. 8



Fig. 9

US 10,273,671 B2

<div style="columns:2">

**1**

# DRAIN COVER

### FIELD

The invention broadly relates to a drain cover and, more particularly, to a drain cover which can be arranged in an open position to allow the passage of water yet prevent the passage of other materials from clogging the drain and in a closed position to plug the drain.

### BACKGROUND

A typical floor drain is a plumbing fixture that is installed in a floor of a structure to remove standing water. Floor drains can be found in showers, sinks, restrooms, kitchens, refrigerator areas, locker rooms, laundry facilities, among other places. Drains can be round, square, rectangular, linear, or any suitable shape.

Drain plugs are used to prevent water from passing through drains. A drain plug can be used when a user wants to fill a bathtub, for example. Stand-alone plugs can be quickly placed and removed. For example, one tub stopper, manufactured by OXO International, Ltd. having its headquarters at 601 West 26th Street, Suite 1050, New York, N.Y., 10001, is a silicone-based stopper which merely covers a drain. The tub stopper includes an annular body and a suction cup extending outwardly from the annular body. The suction cup secures the stopper to the floor of a tub when in use and to a wall for storage when not in use. While the tub stopper can plug a drain, it cannot also be arranged to provide the functionality of a strainer. Other plugs are connected to a plumbing fixture by a chain, for example. However, such plugs can be difficult to clean and replace. Still other plugs are part of complicated drain covers which cannot be easily placed, removed, cleaned, or replaced.

Another common problem with drains is that over time they can become clogged due to the buildup of hair. A strainer is a type of perforated sieve used to strain or filter out solid debris from running water. One example strainer is a plate strainer which includes a perforated plate fixed to a drain. Water flows through the perforated plate while larger items are prevented from passing through. Another example strainer is a basket strainer which includes a perforated basket. Basket strainers are typically used in vertical systems. Some strainers are secured with screws while others can be secured using suctioning means.

An article which functions as a plug and a strainer is typically complicated and includes multiple movable components. One example bathtub stopper is described in U.S. Pat. No. 4,007,500 (Thompson et al.). The bathtub stopper is arranged to close the drain passage of a strainer cup of a bathtub and includes a main body portion which has first and second components adapted to telescope longitudinally with respect to each other between an extended position and a shortened position. The components are also rotatable with respect to one another about the longitudinal axis of the main body. The first component is manually engageable to be rotatably driven about the longitudinal axis and the second component is adapted to be secured to a strainer to locate the main body in an operative position with respect to the strainer. Unfortunately, the bathtub stopper is complex and not easy to position, remove, clean, or replace.

Therefore, there is a long-felt need for a drain cover that is easily positionable, removable, cleanable, and replaceable.

**2**

A drain cover having a single component which serves as a means for sealing and a means for removing the cover from the drain is needed.

Additionally, a simple drain cover that functions as a strainer and a plug when needed is desirable.

### BRIEF SUMMARY

According to aspects illustrated herein, there is provided a drain cover including a positioning member arranged to surround an opening of a pipe of a drain and fit within the pipe, the positioning member including a plurality of openings, and a resilient sealing member connected to the positioning member at a center point, the resilient sealing member including a rim arranged concentrically about the center point.

According to aspects illustrated herein, there is provided a drain cover including a positioning member arranged to surround an opening of a pipe of a drain and fit within the pipe, the positioning member including a plurality of openings, and a resilient sealing member connected to the positioning member at a center point, the resilient sealing member including a rim arranged concentrically about the center point. The rim contacts the positioning member to prevent fluid from passing through the plurality of openings in a closed position. The rim does not contact the positioning member to allow fluid to pass through the plurality of openings in an open position.

It is a primary object to provide a simple drain cover that is easily positionable, removable, cleanable, and replaceable and can be accommodated in most drains.

It is yet another object to provide a simple drain cover that can function as a strainer and a plug.

It is another object to provide a simple drain cover including a single component which serves as a means for sealing and a means for removing the cover from the drain.

These and other objects and advantages of the present invention will be readily appreciable from the following description of preferred embodiments of the invention and from the accompanying drawings and claims.

### BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

The nature and mode of operation of the present invention will now be more fully described in the following detailed description of the invention taken with the accompanying drawing figures, in which:

FIG. **1** is a perspective view of a drain cover positioned in a bathtub according to an example embodiment;

FIG. **2A** is a perspective view of the drain cover shown in FIG. **1**;

FIG. **2B** is an exploded view of the drain cover shown in FIG. **2A**;

FIG. **3A** is an elevational view of the drain cover shown in FIG. **2A**;

FIG. **3B** is an exploded view of the drain cover shown in FIG. **3A**;

FIG. **4A** is a top view of the drain cover shown in FIG. **1** in a closed configuration;

FIG. **4B** is a top view of the drain cover shown in FIG. **1** in an open configuration;

FIG. **5** is a bottom view of the drain cover shown in FIG. **1**;

FIG. **6** is a cross-sectional view of the drain cover, taken generally along line **6-6** in FIG. **4A**;

</div>

US 10,273,671 B2

3

FIG. **7** is a cross-sectional view of the drain cover, taken generally along line 7-7 in FIG. 4B;

FIG. **8** is an elevational view of an alternate embodiment of the drain cover shown in FIG. **1**, in an open configuration; and,

FIG. **9** is an elevational view of an alternate embodiment of the drain cover shown in FIG. **1**, in an open configuration.

## DETAILED DESCRIPTION

At the outset, it should be appreciated that like drawing numbers on different drawing views identify identical, or functionally similar, structural elements of the invention. While the present invention is described with respect to what is presently considered to be the preferred aspects, it is to be understood that the invention as claimed is not limited to the disclosed aspects. The present invention is intended to include various modifications and equivalent arrangements within the spirit and scope of the appended claims.

Furthermore, it is understood that this invention is not limited to the particular methodology, materials and modifications described and as such may, of course, vary. It is also understood that the terminology used herein is for the purpose of describing particular aspects only, and is not intended to limit the scope of the present invention, which is limited only by the appended claims.

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as commonly understood to one of ordinary skill in the art to which this invention pertains. Although any methods, devices or materials similar or equivalent to those described herein can be used in the practice or testing of the invention, the preferred methods, devices, and materials are now described.

Adverting to the figures, FIG. 1 shows a perspective view of drain cover **100** positioned in bathtub **1** according to an example embodiment.

FIG. **2A** is a perspective view of drain cover **100** shown in FIG. **1**.

FIG. **2B** is an exploded view of drain cover **100** shown in FIG. **2A**.

FIG. **3A** is an elevational view of drain cover **100** shown in FIG. **2A**.

FIG. **3B** is an exploded view of drain cover **100** shown in FIG. **3A**. The following should be viewed in light of FIGS. **1** through **3B**. Drain cover **100** broadly includes positioning member **101** and resilient sealing member **102**. Positioning member **101** is arranged to surround an opening of a pipe of a drain and fit within the opening of the pipe. Openings **103** are arranged in positioning member **101**. Resilient sealing member **102** is connected to positioning member **101** at center point P. Resilient sealing member **102** includes rim **104** arranged concentrically about center point P. Resilient sealing member **102** is arranged to plug the drain in a closed position relative to positioning member **101** and allow the passage of water yet prevent the passage of other materials, for example, hair, from clogging the drain in an open position relative to positioning member **101**.

In a closed configuration as shown in FIGS. **1** through **3B**, resilient sealing member **102** includes rim **104** in contact with positioning member **101** to prevent fluid from passing through openings **103**. In an open configuration (shown in FIGS. **7**, **8**, and **9**) rim **104** does not contacting positioning member **101** and fluid is allowed to pass through openings **103**. Drain cover **100** is either in an open position or a closed position. Resilient sealing member **102** is flexible between the open and closed positions as discussed further below.

4

Openings **103** are arranged in dome-shaped portion **105** of positioning member **101**. Dome-shaped portion **105** includes solid portion **106** which provides a seat upon which resilient sealing member **102** can rest. In an example embodiment, solid portion **106** is planar. In an example embodiment, solid portion **106** includes a curvature which matches the curvature of the underside surface of resilient sealing member **102**.

Fastener **107** is provided to secure resilient sealing member **102** with dome-shaped portion **105** of positioning member **101**. In an example embodiment, fastener **107** is intended to remain fastened at all times after manufacturing. Fastener **107** can be a rivet or any suitable alternative. In an example embodiment, fastener **107** can be removed by the user so that resilient sealing member **102** is removable from positioning member **101**.

Positioning member **101** includes cylindrical portion **108**, arranged to fit within a pipe, and annular member **109**. Cylindrical portion **108** extends downwardly from annular portion **109**. Angle X is formed between cylindrical portion **108** and annular portion **109**. In an example embodiment, angle X is 90 degrees. In an example embodiment, angle X is larger than 90 degrees.

Dome-shaped portion **105** is taller than annular portion **109**. The outer diameter of rim **104** is larger than the outer diameter of dome-shaped portion **105**. In an example embodiment, openings **103** are smaller circumferentially proximate solid portion **106** and larger circumferentially proximate annular portion **109**. Openings **103** form a point proximate solid portion **106**. Each opening **103** is equidistant from the next adjacent opening **103** in a circumferential direction about center point P. Although a particular number and arrangement of openings is illustrated, drain cover **100** is not so limited. For example, openings **103** can be arranged at angles 90, 180, 270, and 360 degrees. Alternatively, a plurality of openings can be arranged about half of dome-shaped portion **105** and the rest of dome-shaped portion **105** can be solid, or, formed including a single opening.

FIG. **4A** is a top view of drain cover **100** shown in FIG. **1**, in a closed configuration. Annular portion **109**, resilient sealing member **102**, and fastener **107** are concentric. Rim **104** is not visible because it is contacting annular portion **109**. In the example embodiment shown, resilient sealing member **102** and fastener **107** are annular like annular portion **109**. However, other shapes are contemplated. Resilient sealing member **102** is arcuate from fastener **107** to rim **104**.

FIG. **4B** is a top view of drain cover **100** shown in FIG. **1**, in an open configuration. Annular portion **109**, resilient sealing member **102**, and fastener **107** are concentric. Rim **104** is visible. In an example embodiment, rim **104** is not visible in an open configuration and, instead, is visible from a side view only.

FIG. **5** is a bottom view of drain cover **100** shown in FIG. **1**. A planar circumferential surface extends inward from the outer diameter of annular member **109** toward cylindrical member **108**. An arcuate circumferential surface extends from cylindrical member **108** to the planar surface. In an example embodiment, the arcuate circumferential surface is recess **110**. In FIG. **5**, the planar circumferential surface surrounds recess **110**. The planar circumferential surface and recess **110** are concentric with cylindrical member **108**. The bottom surfaces of drain cover **100** maximize water pressure when in use to provide a seal with the surface surrounding the drain whether the surface is flat or curved.

FIG. **6** is a cross-sectional view of drain cover **100**, taken generally along line **6-6** in FIG. **4A**.

US 10,273,671 B2

5

FIG. **7** is a cross-sectional view of drain cover **100**, taken generally along line **7-7** in FIG. **4**B. The following should be viewed in light of FIGS. **6** and **7**. In the closed configuration illustrated in FIG. **6**, resilient sealing member **102** covers openings **103** in dome-shaped portion **105**. In the closed configuration, resilient sealing member **102** forms a first angle relative to positioning member **101**. In the open configuration illustrated in FIG. **7**, resilient sealing member **102** does not cover openings **103** in dome-shaped portion **105**. In the open configuration, resilient sealing member **102** forms a second angle relative to positioning member **101** where the second angle is larger than the first angle. To transition from the closed configuration to the open configuration, a user presses downwardly on top of fastener **107** in the direction shown. As fastener **107** is depressed downwardly, dome-shaped portion **105** is also depressed downwardly. Once fastener is fully pressed, rim **104** is urged upwardly and resilient sealing member **102** is urged into the open configuration.

In the open configuration, rim **104** can be facing upwardly in the direction shown in FIG. **7** or outwardly. In the open configuration when rim **104** is arranged to face outwardly toward the sides of the page, resilient sealing member **102** is s-shaped.

In the open configuration, drain cover **100** can be removed from a drain using resilient sealing member **102** which is extending upwardly. For example, a user can grab resilient sealing member **102** when it is extending upwardly in the open configuration and pull upwardly and drain cover **100** is lifted up and out of the drain. When drain cover **100** is not in place in a drain it can be easily stored, cleaned, or replaced.

To transition from the open configuration to the closed configuration, a user can press downwardly on rim **104** or the outer edge of resilient sealing member **102** to contact annular member **109**. As rim **104** is urged downwardly, fastener **107** and dome-shaped portion **105** remain upright.

In an example embodiment, drain cover **100** is approximately 4 inches in diameter and approximately 1 inch tall from the bottom edge of cylindrical portion **108** to the top of fastener **107** in the closed position. In an open position, drain cover **100** is approximately 1.4 inches tall. In an example embodiment, resilient sealing member **102** is approximately **2** inches in diameter in the closed and open configurations. In an example embodiment, dome-shaped portion **105** is approximately 1.5 inches. In an example embodiment, drain cover **100** is 4×4×1 in (10.2×10.2×2.5 cm).

Drain cover **100** can be made of silicone or any other suitable soft and flexible materials, for example, rubber. Fastener **107** is made of a light, rigid metal, for example stainless steel.

FIG. **8** is an elevational view of an alternate embodiment of the drain cover shown in FIG. **1**, in an open configuration. The discussion pertaining to drain cover **100** applies to drain cover **200** except as noted here. Drain cover **200** includes openings **203** in dome-shaped portion **205**. Openings **203** are circular in an example embodiment. In an example embodiment, drain cover **200** includes two rows of openings **203**. In an example embodiment, a first row of openings **203** is positioned circumferentially and radially half way between fastener **207** and annular member **109**. In an example embodiment, in addition to the first row of openings, a second row of openings is arranged between the first row and fastener **207**. In an example embodiment, openings **203** are arranged equidistant circumferentially. Drain cover **200** is not limited to the number and arrangement of openings **203** illustrated. For example, additional or fewer open-

6

ings are contemplated and larger or smaller openings are contemplated as well. Additionally, the shape of the openings can vary.

FIG. **9** is an elevational view of an alternate embodiment of the drain cover shown in FIG. **1**, in an open configuration. The discussions pertaining to drain covers **100**, **200** apply to drain cover **300** except as noted here. Drain cover **300** includes openings **303** in dome-shaped portion **305**. Like openings **103**, openings **303** are smaller circumferentially proximate fastener **307** as compared with the parts of openings **303** proximate annular member **309**. Unlike openings **103** which form a point proximate fastener **107**, openings **303** include a planar edge proximate fastener **307** and another planar edge proximate annular member **309**.

Thus, it is seen that the objects of the present invention are efficiently obtained, although modifications and changes to the invention should be readily apparent to those having ordinary skill in the art, which modifications are intended to be within the spirit and scope of the invention as claimed. It also is understood that the foregoing description is illustrative of the present invention and should not be considered as limiting. Therefore, other embodiments of the present invention are possible without departing from the spirit and scope of the present invention.

What is claimed is:

**1**. A drain cover, comprising:

a positioning member arranged to surround an opening of a pipe of a drain and fit within the pipe, the positioning member further comprising:

a plurality of openings;

an annular portion arranged to surround the opening of the pipe; and,

a cylindrical portion arranged to fit within the pipe, the cylindrical portion connected to the annular portion forming an angle therebetween, the cylindrical portion extending below the annular portion and; and,

a resilient sealing member connected to the positioning member at a center point, the resilient sealing member further including a rim arranged concentrically about the center point, the resilient sealing member extending above the annular portion.

**2**. The drain cover of claim **1**, wherein the rim contacts the positioning member to prevent fluid from passing through the plurality of openings in a closed position.

**3**. The drain cover of claim **1**, wherein the rim does not contact the positioning member to allow fluid to pass through the plurality of openings in an open position.

**4**. The drain cover of claim **1**, wherein the angle is 90 degrees.

**5**. The drain cover of claim **1**, wherein the positioning member further comprises an annular portion and a dome-shaped portion arranged concentrically within the annular portion and the dome-shaped portion includes the plurality of openings.

**6**. The drain cover of claim **1**, wherein the positioning member and the resilient sealing member are integral.

**7**. The drain cover of claim **1**, wherein the resilient sealing member forms a first angle relative to the positioning member in a closed position.

**8**. The drain cover of claim **7**, wherein the resilient sealing member forms a second angle, different than the first angle, relative to the positioning member in an open position.

**9**. The drain cover of claim **8**, wherein the second angle is larger than the first angle.

7

10. A drain cover, comprising:

a positioning member arranged to surround an opening of a pipe of a drain and fit within the pipe, the positioning member further comprising:

a plurality of openings;

an annular portion arranged to surround the opening of the pipe; and,

a cylindrical portion arranged to fit within the pipe, the cylindrical portion connected to the annular portion forming an angle therebetween, the cylindrical portion extending below the annular portion and; and,

a resilient sealing member connected to the positioning member at a center point, the resilient sealing member further including a rim arranged concentrically about the center point, the resilient sealing member extending above the annular portion;

wherein the rim contacts the positioning member to prevent fluid from passing through the plurality of openings in a closed position; and,

wherein the rim does not contact the positioning member to allow fluid to pass through the plurality of openings in an open position.

8

11. The drain cover of claim 10, wherein the plurality of openings includes at least one circular opening.

12. The drain cover of claim 10, wherein the plurality of openings includes at least one slotted opening.

13. The drain cover of claim 10, wherein the plurality of openings includes at least one tapered slotted opening.

14. The drain cover of claim 10, wherein the positioning member further comprises:

an annular portion; and,

a dome-shaped portion arranged concentrically within the annular portion, the dome-shaped portion including the plurality of openings.

15. The drain cover of claim 10, wherein the resilient sealing member forms a first angle relative to the positioning member in a closed position.

16. The drain cover of claim 15, wherein the resilient sealing member forms a second angle, different than the first angle, relative to the positioning member in an open position.

17. The drain cover of claim 16, wherein the second angle is larger than the first angle.

*   *   *   *   *

# EXHIBIT B

12/13/23, 4:37 AM                                              VeRO: Report a Listing



# VeRO Reporting Tool



4Pack Silicone Shower Drain Sink Bathtub Stopper Cover Hair Catcher Strainer USA
Item no: 204491379978
Seller: mygizmos

## Select Brand

| Umbra ⌄ |
| --- |

## Select a reason to report

**Trademark - item infringement**

1.1   Item(s) is a counterfeit product which infringes a trademark. Provide trademark information in additional information box below.

**Trademark - listing content infringement**

2.1   Listing(s) contains unlawful use of trademark. Provide trademark information in additional information box below.

**Copyright - item infringement**

3.1   Software is offered for sale in violation of an enforceable license agreement. (eBay will not process reports seeking to prohibit the sale of genuine unopened software).

3.2   Item(s) is a counterfeit product which infringes a copyright.

**Copyright - listing content infringement**

4.1   Listing(s) contains unlawful copy of copyrighted text.

4.2   Listing(s) contains unlawful copy of copyrighted image.

4.3   Listing(s) contains unlawful copy of copyrighted image and text.

**Other infringement**

5.1   Item(s) infringes a valid and enforceable patent (can only be used if injunction information has already been provided to eBay). Provide patent information in additional information box below.

5.2   Item(s) infringes a registered design right (available in Europe, Asia, Australia and New Zealand only). Provide design right information in additional information box below.

5.3   Item(s) violates a celebrity's right of publicity

5.4   Listing(s) content violates a celebrity's right of publicity

6.1   Other - Provide details information in additional information box below.

## Additional information for eBay

Please note that eBay does not process reports to enforce selective distribution agreements, pricing concerns, and contractual disputes.

|  |
| --- |
|  |

3000 characters left. No HTML, JavaScript

## Message for seller

Include a detailed message for the seller about how this listing infringes your intellectual property rights. Providing detailed information to sellers will reduce the number of questions you receive from them.

12/13/23, 4:37 AM                                                                    VeRO: Report a Listing

3000 characters left. No HTML, JavaScript

      Send a copy to your email address. It may take up to 5 minutes.

**By pressing Send Report I declare** under penalty of perjury that I am the owner (or its agent) of intellectual property rights pertaining to these listings, and I have a good faith belief that these listings infringe those rights. View a Notice of Claimed Infringement that is substantially similar to the one this report will generate.

[Send Report]   Back to listing

* Required

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices    and AdChoice

12/13/23, 4:56 AM

Report Infringement

✕

# Report Infringement

① Basic info        ② **Detailed info**        ③ Verification        ④ Completed

## Infringement Product Information

*URL(s) of each infringing material that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate each of such material:

<span style="color:red">(Please enter a URL link that meets the format specifications. The link must contain "http" or "https" at the beginning, and the length of each link cannot exceed 300 characters. Multiple links are separated by carriage returns or spaces, and a maximum of 50 can be passed. )</span>

> Please enter a URL link that meets the format specifications. The link must contain "http" or "https" at the beginning, and each link cannot be longer than 300 characters. Multiple links are separated by carriage returns or spaces, and a maximum of 50 can be uploaded.

*Which statement describes your problem?:

- ○ My patent is used on the product title
- ○ My patent is used on the product description
- ○ My patent is used on the product Carousel
- ○ My patent is used on the product or product package

Additional document (picture/file):   ⬆ Upload file

Supports .pdf and .jpg, the individual size limit is 5 MB

## Patent information

*Registration number:   [ Enter ]

*Name of Right Holder:   [ Enter ]

*Do you have a court order regarding the enforcement of this patent:   ○ Yes   ○ No

*Please provide more information to help us understand your issues:

[ Enter

0 / 2000 ]

( Previous )        Next

Report Infringement

×

## Report Infringement

① Basic info   ② Detailed info   ③ Verification   ④ Completed

### Infringement Product Information

\*URL(s) of each infringing material that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate each of such material:

(Please enter a URL link that meets the format specifications. The link must contain "http" or "https" at the beginning, and the length of each link cannot exceed 300 characters. Multiple links are separated by carriage returns or spaces, and a maximum of 50 can be passed. )

> Please enter a URL link that meets the format specifications. The link must contain "http" or "https" at the beginning, and each link cannot be longer than 300 characters. Multiple links are separated by carriage returns or spaces, and a maximum of 50 can be uploaded.

\*Which statement describes your problem?:

◯ My patent is used on the product title

◯ My patent is used on the product description

◯ My patent is used on the product Carousel

◯ My patent is used on the product or product package

Additional document (picture/file):

⬆ Upload file

Supports .pdf and .jpg, the individual size limit is 5 MB

### Patent information

\*Registration number: [ Enter ]

\*Name of Right Holder: [ Enter ]

\*Do you have a court order regarding the enforcement of this patent:   ◯ Yes   ◯ No

\*Name of the court: [ Enter ]

\*Case number: [ Enter ]

\*Docket number of order: [ Enter ]

Court order (if applicable):

⬆ Upload file

Supports .pdf and .jpg, the individual size limit is 5 MB

\*Please provide more information to help us understand your issues: [ Enter ]

✕

## Report Infringement

1  **Basic info**          2  Detailed info          3  Verification          4  Completed

\*Region (Site) want to report:   United States                                        ⌄

\* Type of user complaint:  ◯ Patent     ◯ Copyright     ◯ Trademark

\*Type of patent:  ◯ Design patent     ◯ Utility patent

Next

**Kent, Taylor L.**

| | |
|---|---|
| **From:** | ipprotection@temu.com |
| **Sent:** | Friday, November 24, 2023 4:51 AM |
| **To:** | Patents (DL) |
| **Subject:** | Intellectual Property Infringement Report Notification |

[EXTERNAL]

Dear Sir/Madam,

Temu is a passive e-commerce platform and as such we are not actively involved in the listing or sale of any products. Please resubmit your notice through our online report portal at https://www.temu.com/intellectual-property-complaint.html by providing a court order requiring the removal of product(s) you allege violate your utility patent rights.

Complaint ID: VlZNU2UNF4HUAE53BR3X7PSMQM

Sincerely,
Temu IP Protection Team

**Kent, Taylor L.**

| | |
|---|---|
| **From:** | ipprotection@temu.com |
| **Sent:** | Thursday, November 23, 2023 9:24 AM |
| **To:** | Patents (DL) |
| **Subject:** | Intellectual Property Infringement Report Notification |

[EXTERNAL]

Dear Sir/Madam,

Temu is a passive e-commerce platform and as such we are not actively involved in the listing or sale of any products. Please resubmit your notice through our online report portal at https://www.temu.com/intellectual-property-complaint.html by providing a court order requiring the removal of product(s) you allege violate your utility patent rights.

Complaint ID: F3YQPBNYIKVKW4VNGUMBYLZRVI

Sincerely,
Temu IP Protection Team



# Notice of Infringement of Your Rights

As we ask others to respect our intellectual property rights, we respect the intellectual property rights of others. If you believe that material or products on our site or mobile app violates your copyright, trademark, or other intellectual property rights, please submit your complaint through this form. You must be legally authorized to act on behalf of the owner of the trademark or copyright.

---

Utility patent issue                                                        ⌃

Description of utility patent
URL or SKU number(s) for related product(s)
Patent Registration Number
Country of Patent Registration
Link or files showing registration
Court order or judgment supporting your claim

---

BEGIN

12/13/23, 4:58 AM                                  INTELLECTUAL PROPERTY NOTICE | SHEIN

<          **INTELLECTUAL PROPERTY NOTICE**

As we ask others to respect our intellectual property rights, we respect the intellectual property rights of others. If you believe that material located on or linked to by SHEIN violates your copyright, trademark, or other intellectual property rights, please submit your complaint through our online intellectual property complaint portal: [m.shein.com/ip-complaint](m.shein.com/ip-complaint) .

Any such notice must include the following information:

- A physical or electronic signature of a person authorized to act on behalf of the owner of the intellectual property right that has been allegedly infringed.
- Identification of intellectual property being infringed, including, if any, the corresponding registration number and corresponding country of registration.
- Identification of the material that is claimed to be infringing, including information regarding the location of the infringing materials on the Site or App, with sufficient detail so that SHEIN can find it.
- If a design patent is at issue, identify the design patent that you claim has been infringed along with the registration number.
- If a utility patent is at issue, identify the utility patent that you claim has been infringed along with a Court Order or Judgment supporting your claim.
- Your full legal name, company affiliation (if any), mailing address, telephone number, and email address.
- A statement by you that you have a good-faith belief that the use of the allegedly infringing material is not authorized by the intellectual property owner, its agent, or the law.
- A statement by you, made under penalty of perjury, that the information in your notice is accurate and that you are the intellectual property owner or authorized to act on the intellectual property owner's behalf.

Upon receipt of such notices, we reserve the right to remove or disable access to the material or disable any links to the material; notify the party accused of infringement that we have removed or disabled access to the applicable material; and terminate access to and use of SHEIN services for any user or third-party seller who repeatedly infringes the intellectual property rights of SHEIN or others, or as otherwise stated in our Terms of Use or policies.

## Copyright Announcement

SHEIN or its affiliates owns all intellectual property and other rights, title, and interest in and to the SHEIN website, and related mobile application, including but not limited to copyrights in the website and related mobile application and technologies used to provide you the services available on the website and related mobile application. These copyrights and intellectual properties are protected by international and domestic law.

## Trademark Announcement

⟨    **INTELLECTUAL PROPERTY NOTICE**

ce marks,
marks may not
D.

## Disclaimer

THIS SERVICE MAY CONTAIN TRANSLATIONS POWERED BY GOOGLE. GOOGLE DISCLAIMS ALL WARRANTIES RELATED TO THE TRANSLATIONS, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF ACCURACY, RELIABILITY, AND ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT.

The website has been translated for your convenience using translation software powered by Google Translate. Reasonable efforts have been made to provide an accurate translation, however, no automated translation is perfect nor is it intended to replace human translators. Translations are provided as a service to users of the website, and are provided "as is." No warranty of any kind, either expressed or implied, is made as to the accuracy, reliability, or correctness of any translations made from into any other language. Some content (such as images, videos, Flash, etc.) may not be accurately translated due to the limitations of the translation software.

The official text is the version of the website. Any discrepancies or differences created in the translation are not binding and have no legal effect for compliance or enforcement purposes. If any questions arise related to the accuracy of the information contained in the translated website, refer to the version of the website which is the official version.