UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED
MAR 0 6 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

UMBRA LLC,

                              Plaintiff,

v.                                                          24-CV-59 (JLS)

THE CORPORATIONS, INDIVIDUALS,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

                              Defendants.

## DECISION AND ORDER

Before the Court are Plaintiff Umbra LLC's *ex parte* motions for: (1) for injunctive relief (Dkt. 7); (2) expedited third-party discovery (Dkt. 9); and (3) alternative service of process (Dkt. 8).

I.    **Background**

Based on its review of the complaint and *ex parte* motions referenced above, the Court finds that:

- Defendants, who are the corporations, individuals, partnerships, and unincorporated associations identified on Schedule "A," are engaged in manufacturing, offering for sale, and selling products that likely infringe United States Patent No. 10,273,671 (Plaintiff's "'671 patent");

- Defendants' activities are accomplished via the Internet through the use of, at least, individual seller stores operated via eBay.com, Temu.com, and SHEIN.com under Defendants' respective seller IDs;

- Plaintiff has sufficiently identified Defendants and provided a list of each Defendant's associated seller ID in Schedule "A," along with links to Defendants' online postings of the accused products via e-commerce marketplace platforms located at eBay.com, Temu.com, and SHEIN.com;

- the seller IDs listed in Schedule "A" and associated payment accounts at eBay.com, Temu.com, and SHEIN.com appear to be a substantial part of the means by which Defendants further a scheme to evade federal laws, harm Plaintiff, and deceive the public at large;

- the individual seller stores at eBay.com, Temu.com, and SHEIN.com are under Defendants' control, which creates an opportunity for Defendants to change ownership or e-commerce store data and content, redirect consumer traffic, change payment accounts, and transfer assets and ownership of the seller IDs at a moment's notice;

- Plaintiff presented evidence that foreign online sellers, like Defendants, frequently monitor court filings in an effort to hide any and all evidence of their infringing acts;

- for example, the website SellerDefense published a notice regarding a similar intellectual property infringement lawsuit in *Yizhou v. Defendants, Individuals, Partnerships, and Unincorporated*

2

*Associations Identified on Schedule A*, No. 22-cv-23558-RNS, (S.D. Fla. Nov. 1, 2022), which is being litigated by Plaintiff's former counsel;

- SellerDefense posted on its website material that had been filed under seal in that Southern District of Florida case in an effort to warn the defendants in that case that the patent holder was freezing assets;

- the e-commerce platforms at eBay.com, Temu.com, and SHEIN.com will remove Defendants' infringing product listings only if Plaintiff can provide a court order enjoining the sale of patented items (Dkt. 7-2, at 19, 20);

Based on the foregoing, Plaintiff has asked this Court to: (1) temporarily restrain Defendants until this Court can determine the parties' respective rights; (2) expedite third-party discovery to the e-commerce marketplace platforms located at eBay.com, Temu.com, and SHEIN.com; and (3) permit service of process on Defendants via email and website posting.

## II.  **Injunctive Relief**

Plaintiff seeks a temporary restraining order, preliminary injunction, and order temporarily restraining the transfer of assets related to Defendants' alleged manufacture, offer for sale, and sale of products that infringe Plaintiff's patent.

United States Patent Act gives this Court the authority to grant injunctive relief "to prevent the violation of any right secured by patent, on such terms as [it] deems reasonable." *See* 35 U.S.C. § 283.  A temporary restraining order ("TRO") or a

3

preliminary injunction may be granted where the plaintiff demonstrates that: (1) it is likely to succeed on the merits; (2) it is likely to suffer irreparable harm absent preliminary relief; (3) balancing the hardships between the plaintiff and the defendant warrants an equitable remedy; and (4) the public interest would not be disserved by the requested preliminary relief. *Benihana, Inc. v. Benihana of Tokyo, LLC*, 784 F.3d 887, 895 (2d Cir. 2015).

In support of its application for injunctive relief, Plaintiff filed a complaint, the Declaration of Leslie Mandelbaum, a proposed order, a memorandum of law in support, and accompanying exhibits. *See* Dkt. 7. Plaintiff presented sufficient evidence to demonstrate that each factor favors granting the TRO.

First, Plaintiff demonstrated that it is likely to proceed on the merits of its patent infringement claim because the use, manufacture, sale, or offer for sale of Defendants' products, as provided in Schedule "A," would literally infringe Claims 1 and 10 of Plaintiff's '671 patent under 35 U.S.C. § 271.

Second, Plaintiff presented sufficient evidence to show that Defendants are likely to: (1) transfer, conceal, dispose of, or otherwise destroy the infringing products and information concerning the infringing products; (2) transfer, conceal, dispose of, or otherwise hide the ill-gotten proceeds from the improper sale of the infringing products; or (3) close down existing user accounts, transfer user account information, and/or open a new user account through which Defendants can advertise, market, promote, distribute, offer for sale, and/or sell the infringing products under a new or different alias, allowing Defendants' misconduct to continue with little or no consequence. This likelihood results in Plaintiff's loss of control over

4

its patent, including loss of quality control and consumer goodwill, which constitutes irreparable harm.

Third, it is likely that Plaintiff will continue to suffer irreparable harm unless Defendants' infringing activity ceases. The hardship to Defendants, on the other hand, is compliance with United States patent law. The balance of equities weighs in favor of Plaintiff, warranting an equitable remedy.

Fourth, Plaintiff demonstrated that the public interest would be served by the TRO. In particular, the TRO would protect patent rights and insulate consumers from deception about the origin of Defendants' products.

## III.   Expedited Third-Party Discovery

Plaintiff also moved for expedited third-party discovery—specifically, information from e-commerce platforms and payment processors of eBay.com, Temu.com, and SHEIN.com regarding Defendants' identities and the accounts used in the alleged infringement.

Based on Plaintiff's submissions, the Court concludes that, without the ability to seek the requested expedited discovery under Federal Rules of Civil Procedure Rule 26(d)(f), Plaintiff would be unable to identify Defendants' true names, identities, and purchase or sales histories over the relevant time period. Defendants are likely to be foreign nationals that operate out of foreign jurisdictions and frequently modify e-commerce data for the purpose of hiding their identities.

Access to the information held by eBay.com, Temu.com, and SHEIN.com is necessary to identify the accounts involved in Defendants' infringing activities. *See N. Atl. Operating Co. v. Evergreen Distribs., LLC*, 293 F.R.D. 363, 368 (E.D.N.Y.

2013) (concluding that "good cause" for expedited discovery existed where plaintiff "presented credible evidence that the actions it attributed to Defendants were causing irreparable harm to [plaintiff], including loss of goodwill, negative effects on profitability[,] and damage to its relationships with its direct clients/customers")

In sum, good cause exists to grant Plaintiff's request for expedited third-party discovery.

## IV.    **Alternative Service of Process**

Plaintiff seeks an order authorizing alternative service of process—in particular, service by email and website posting.

The Court may authorize an alternative method of service for a foreign defendant if such method: (1) is not prohibited by any international agreement; and (2) is reasonably calculated to give notice to Defendants. *See* Fed. R. Civ. P. 4(f)(3); *Elsevier, Inc. v. Siew Yee Chew*, 287 F. Supp. 3d 374, 379–80 (S.D.N.Y. 2018).

Plaintiff's proposal to serve Defendants by email and website posting satisfies those requirements. First, service on foreign entities believed to be in China by email or website posting is not prohibited by any international agreement. Second, service by those methods is reasonably calculated to give notice to Defendants because it appears that Defendants conduct most of their business online using, for example, Temu.com, SHEIN.com, and eBay.com, and that Defendants use email as their primary form of communication with customers.

Thus, Plaintiff's proposed method of service on Defendants comports with due process and Federal Rule of Civil Procedure 4(f)(3). *See Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1017 (9th Cir. 2002) (holding, "without hesitation," that

email service on an online business defendant "was constitutionally acceptable," as well as permitted by Rule 4(f)(3)).

## V.    *Ex parte* relief

Plaintiff seeks an *ex parte* TRO. The Court may issue such relief only if: (1) "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition"; and (2) "the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1). The Declarations of Leslie Mandelbaum (Dkt. 7-1) and James Graber, Esq. (Dkt. 7-3), satisfy these requirements. An *ex parte* TRO is proper.

The reasons set forth in the Mandelbaum and Graber Declarations also demonstrate that *ex parte* relief on Plaintiff's motions for expedited third-party discovery and alternative service is proper.

## CONCLUSION

For the above reasons, and for those set forth in Plaintiff's submissions (Dkt. 7; Dkt. 8; Dkt. 9) and at today's court appearance, the Court grants Plaintiff's motions for a temporary restraining order (Dkt. 7), expedited third-party discovery (Dkt. 8), and alternative service of process (Dkt. 8), as follows.

As such, IT IS HEREBY ORDERED that:

1.   This decision and order shall apply to all of the seller IDs, associated e-commerce stores and websites, and any other seller identification names, e-commerce stores, domain names, websites, or financial

accounts that are being used by Defendants to infringe Plaintiff's patent and/or unfairly compete with Plaintiff.

2. Each Defendant listed in Schedule "A," including its officers, directors, employees, agents, subsidiaries, and all persons in active concert or participation with any Defendant, having notice of this decision and order, are hereby restrained and enjoined until further order of this Court:

   a. from manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products infringing on the claims protected in Plaintiff's patent (Patent No: US 10,273,671 B2, dated April 20, 2019), or bearing reproductions or derivatives of Plaintiff's patent other than those actually manufactured or distributed by Plaintiff; and

   b. from secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff, bearing reproductions or derivatives of Plaintiff's patent; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing reproductions or derivatives of Plaintiff's patent; or (iii) any assets or other financial accounts subject to this order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or

subject to access by, any Defendant, including, but not limited to, any assets held by or on behalf of any Defendant.

3. Each Defendant, its officers, directors, employees, agents, subsidiaries, and any third-party financial institutions, payment processors, banks, escrow services, or money transmitters, and their related companies and affiliates, having notice of this decision and order shall:

    a. immediately discontinue the use of any unauthorized copies Plaintiff's patent, on or in connection with all Internet based e-commerce seller stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the seller IDs listed in Schedule "A" until further order of this Court;

    b. not transfer ownership of the seller IDs listed in Schedule "A" during the pendency of this action, or until further order of the Court;

    c. restrain the transfer of all funds, including funds relating to ongoing account activity, held or received for Defendants' benefit or to be transferred into Defendants' respective financial accounts and restrain any other financial accounts tied thereto, and immediately divert those restrained funds to a holding account for the trust of the Court.

9

4. Defendants shall show cause before this Court, by appearing at a hearing on **March 15, 2024, at 2:00 p.m.**, why a preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a) should not issue.

5. Any written opposition to Plaintiff's motion for a preliminary injunction is due by **March 13, 2024**. Any written reply from Plaintiff is due by **March 14, 2024**.

6. Failure to appear at this hearing may result in the Court imposing a preliminary injunction against Defendants pursuant to Federal Rule of Civil Procedure 65, which may take effect immediately upon the expiration of this order, and may extend throughout the length of this litigation under the same terms and conditions as this order.

7. Plaintiff shall post security in the amount of $10,000, pursuant to Federal Rule of Civil Procedure 65(c).

AND IT IS FURTHER ORDERED that Plaintiff shall serve the summonses, the complaint, this decision and order, and other filings and discovery in this matter upon each Defendant, promptly upon ascertaining their email addresses, by:

1. sending emails to each Defendant via the email accounts provided by each Defendant as part of the data related to its e-commerce store, including customer service email addresses and onsite contact forms, or by the e-commerce platform email for each of the e-commerce stores, and in the email providing the address to Plaintiff's designated website to Defendants;

10

2.  publicly posting a copy of the summonses, complaint, this decision and order, and all filings in this matter on Plaintiff's designated website: https://bit.ly/RP-Umbra; and

3.  Reporting to the Court, by **March 12, 2024**, of its progress on this requirement.

AND IT IS FURTHER ORDERED that Plaintiff is permitted to expedite three subpoenas, with responses due by March 13, 2024, to e-commerce platforms eBay.com, Temu.com, and SHEIN.com, that seek:

1.  all information, financial accounts and/or sub-accounts, associated with the Internet based e-commerce stores operating under the seller IDs identified on Schedule "A" in this action;

2.  all other accounts that transfer funds into the same financial institution account(s) or any of the other financial accounts subject to the TRO entered in this action;

3.  an accounting of all funds restrained and identify the financial account(s) and sub-account(s) that the restrained funds are related to;

4.  the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) that have been restrained;

5.  the true identities, including names, addresses, email addresses, and IP addresses, of each person who registered, is listed in, logged into, used, or who otherwise handled or is associated with the financial/payment processing accounts of all Defendants;

11

6. the full list of stores and associated financial/payment processing accounts; and

7. the full list of stores and associated financial/payment processing accounts opened, operated by, or at any time used by Defendants.

AND IT IS FURTHER ORDERED that Plaintiff shall move to unseal this case after service on Defendants has been effectuated.

Dated:       March 6, 2024
             Buffalo, New York

                                        _____
                                        JOHN L. SINATRA, JR.
                                        UNITED STATES DISTRICT JUDGE

# Exhibit A

| Seller's name | Seller's or item's location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|
| miihome | China | 5Pack Silicone Shower Drain Sink Bathtub Stopper Cover Hair Catcher Strainer | https://www.ebay.com/itm/194882769984?_trkparms=amclksrc%3DITM%26aid%3D111001%26algo%3DREC.SEED%26ao%3D1%26asc%3D20160811114145%26meid%3D1f91ca54769448cfb614527320f88faf%26pid%3D100667%26rk%3D1%26rkt%3D2%26sd%3D194882769984%26itm%3D194882769984%26pmt%3D1%26noa%3D1%26pg%3D2351460%26brand%3DBrand&_trksid=p2351460.c100667.m2042 | eBay US |
| mygizmos | China | 4Pack Silicone Shower Drain Sink Bathtub Stopper Cover Hair Catcher Strainer USA | https://www.ebay.com/itm/204491379978?_trkparms=amclksrc%3DITM%26aid%3D111001%26algo%3DREC.SEED%26ao%3D1%26asc%3D20160811114145%26meid%3D1f91ca54769448cfb614527320f88faf%26pid%3D100667%26rk%3D2%26rkt%3D2%26sd%3D194882769984%26itm%3D204491379978%26pmt%3D1%26noa%3D1%26pg%3D2351460%26brand%3DBrand&_trksid=p2351460.c100667.m2042 | eBay US |
| YWlinjin General | China | Prevent Clogging And Keep Sink Clean-1pc Push-style Silicone Rubber Floor Drain And Sink Stopper | https://us.shein.com/Prevent-Clogging-And-Keep-Sink-Clean-1pc-Push-style-Silicone-Rubber-Floor-Drain-And-Sink-Stopper-p-20580104-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| PartyGo General | China | 1pc Push-style Silicone Rubber Floor Drain And Sink Stopper Prevent Clogging And Keep Sink Clean | https://us.shein.com/1pc-Push-style-Silicone-Rubber-Floor-Drain-And-Sink-Stopper-Prevent-Clogging-And-Keep-Sink-Clean-p-21158756-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |

| | | | | |
|---|---|---|---|---|
| LiYun General | China | Sink Plug Floor Drain Dair Stopper Hand Sink Plug Bath Catcher Sink Strainer Cover Tool | https://us.shein.com/Sink-Plug-Floor-Drain-Dair-Stopper-Hand-Sink-Plug-Bath-Catcher-Sink-Strainer-Cover-Tool-p-27093702-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| CHANJIAN General | China | 4/8pcs Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry | https://us.shein.com/4-8pcs-Push-type-Silicone-Floor-Drain-Silicone-Universal-Sink-Stopper-Prevent-Clogging-Bathroom-Drain-Hair-Catcher-Press-Water-Trap-Cover-For-Tub-Kitchen-Laundry-p-20225690-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| Chilin General | China | 1pc Washbasin sink leak plug, sewer pipe sink push-type flying saucer floor drain, odor-proof cover, bathroom sealing plug,Keep Your Bathroom Drains Clean and Clog-Free with Our Multi-Pack of Drain Stoppers!(random color) | https://us.shein.com/1pc-Washbasin-sink-leak-plug-sewer-pipe-sink-push-type-flying-saucer-floor-drain-odor-proof-cover-bathroom-sealing-plug-Keep-Your-Bathroom-Drains-Clean-and-Clog-Free-with-Our-Multi-Pack-of-Drain-Stoppers-random-color-p-25823889-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |

| | | | | |
|---|---|---|---|---|
| LiYun General | China | Sink Plug Floor Drain Dair Stopper Hand Sink Plug Bath Catcher Sink Strainer Cover Tool | https://us.shein.com/Sink-Plug-Floor-Drain-Dair-Stopper-Hand-Sink-Plug-Bath-Catcher-Sink-Strainer-Cover-Tool-p-27093396-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| LiYun General | China | Sink Plug Floor Drain Dair Stopper Hand Sink Plug Bath Catcher Sink Strainer Cover Tool | https://us.shein.com/Sink-Plug-Floor-Drain-Dair-Stopper-Hand-Sink-Plug-Bath-Catcher-Sink-Strainer-Cover-Tool-p-26537420-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| BLISS General | China | 1PCS Hair Catcher Durable Silicone Hair Stopper Shower Drain Covers, Press-fit sink saucer-shaped floor drain cover, Easy to Install and Clean Suit for Bathroom Bathtub and Kitchen | https://us.shein.com/1PCS-Hair-Catcher-Durable-Silicone-Hair-Stopper-Shower-Drain-Covers-Press-fit-sink-saucer-shaped-floor-drain-cover-Easy-to-Install-and-Clean-Suit-for-Bathroom-Bathtub-and-Kitchen-p-26367264-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |

| | | | | |
|---|---|---|---|---|
| **Zhiyumaoyi General** | China | **3pcs Gray Bathroom Anti Clogging Floor Drain Plug,Kitchen Sink Drain Stopper,Anti-Odor Press Type Disc Drain Cover,Bathroom Tub Hair Catcher,Durable Shower Room Drain Caps.** | https://us.shein.com/3pcs-Gray-Bathroom-Anti-Clogging-Floor-Drain-Plug-Kitchen-Sink-Drain-Stopper-Anti-Odor-Press-Type-Disc-Drain-Cover-Bathroom-Tub-Hair-Catcher-Durable-Shower-Room-Drain-Caps-p-25136546-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| **SZSSQ General** | China | **1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray , Bathroom Tools** | https://us.shein.com/1pc-Push-type-Silicone-Floor-Drain-Silicone-Universal-Sink-Stopper-Prevent-Clogging-Bathroom-Drain-Hair-Catcher-Press-Water-Trap-Cover-For-Tub-Kitchen-Laundry-Gray-Bathroom-Tools-p-25960885-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |

| Kyerbtdc General | China | 2pc Push-Type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray , Bathroom Tools | https://us.shein.com/2pc-Push-Type-Silicone-Floor-Drain-Silicone-Universal-Sink-Stopper-Prevent-Clogging-Bathroom-Drain-Hair-Catcher-Press-Water-Trap-Cover-For-Tub-Kitchen-Laundry-Gray-Bathroom-Tools-p-25606821-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |

| | | | | |
|---|---|---|---|---|
| Handsome General | China | 3pcs/set Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray , Bathroom Too, Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Drain Stopper - Bathtub Sink Strainer Shower Drain Hair Trap Hair Catcher Bath Tub Protector Drain Cover for Floor | https://us.shein.com/3pcs-set-Push-type-Silicone-Floor-Drain-Silicone-Universal-Sink-Stopper-Prevent-Clogging-Bathroom-Drain-Hair-Catcher-Press-Water-Trap-Cover-For-Tub-Kitchen-Laundry-Gray-Bathroom-Too-Push-type-Silicone-Floor-Drain-Silicone-Universal-Sink-Stopper-Prevent-Clogging-Bathroom-Drain-Hair-Catcher-Press-Water-Trap-Cover-For-Tub-Kitchen-Laundry-Drain-Stopper-Bathtub-Sink-Strainer-Shower-Drain-Hair-Trap-Hair-Catcher-Bath-Tub-Protector-Drain-Cover-for-Floor-Laundry-Kitchen-and-Bathroom-blue-p-26770722-cat-5697.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| TheStarLife Tube General | China | Bathroom Bathtub Drain Cover Silicone Drain Plug Kitchen Sink Drain Stopper Cover - Non-selective Color: 1pc/pack | https://us.shein.com/Bathroom-Bathtub-Drain-Cover-Silicone-Drain-Plug-Kitchen-Sink-Drain-Stopper-Cover-Non-selective-Color-1pc-pack-p-26806152-cat-3531.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |

| SongXinCraft General | China | 1pc 2-In-1 Drain Stopper Filter For Bathtub/Sink/Shower Waste Plug With Silicone Hot Water Tub Protector And Non-Slip Grip, Suitable For Floor, Laundry Room, Kitchen, Bathroom, Home Accessories | https://us.shein.com/1pc-2-In-1-Drain-Stopper-Filter-For-Bathtub-Sink-Shower-Waste-Plug-With-Silicone-Hot-Water-Tub-Protector-And-Non-Slip-Grip-Suitable-For-Floor-Laundry-Room-Kitchen-Bathroom-Home-Accessories-p-27110126-cat-5697.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| Kyerbtdc General | China | 2pc Push-Type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray , Bathroom Tools | https://us.shein.com/2pc-Push-Type-Silicone-Floor-Drain-Silicone-Universal-Sink-Stopper-Prevent-Clogging-Bathroom-Drain-Hair-Catcher-Press-Water-Trap-Cover-For-Tub-Kitchen-Laundry-Gray-Bathroom-Tools-p-25591703-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |

| | | | | |
|---|---|---|---|---|
| Zhiyumaoyi General | China | 1pc Bathroom Anti Clogging Floor Drain Plug,Kitchen Sink Drain Stopper,Anti-Odor Press Type Disc Drain Cover,Bathroom Tub Hair Catcher,Durable Shower Room Drain Caps. | https://us.shein.com/1pc-Bathroom-Anti-Clogging-Floor-Drain-Plug-Kitchen-Sink-Drain-Stopper-Anti-Odor-Press-Type-Disc-Drain-Cover-Bathroom-Tub-Hair-Catcher-Durable-Shower-Room-Drain-Caps-p-27107214-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| Kyerbtdc General | China | 2pc Push-Type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray , Bathroom Tools | https://us.shein.com/2pc-Push-Type-Silicone-Floor-Drain-Silicone-Universal-Sink-Stopper-Prevent-Clogging-Bathroom-Drain-Hair-Catcher-Press-Water-Trap-Cover-For-Tub-Kitchen-Laundry-Gray-Bathroom-Tools-p-25606836-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |

| BLISS General | China | 1PCS Hair Catcher Durable Silicone Hair Stopper Shower Drain Covers, Press-fit sink saucer-shaped floor drain cover, Easy to Install and Clean Suit for Bathroom Bathtub and Kitchen | https://us.shein.com/1PCS-Hair-Catcher-Durable-Silicone-Hair-Stopper-Shower-Drain-Covers-Press-fit-sink-saucer-shaped-floor-drain-cover-Easy-to-Install-and-Clean-Suit-for-Bathroom-Bathtub-and-Kitchen-p-26224289-cat-5687.html?src_identifier=st%3D2%260sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| --- | --- | --- | --- | --- |
| YWtuanda General | China | Bathtub Stopper, Sink Stopper, Bathtub Drain Hair Catcher, Shower Drain Cover, Tub Sink Drain Strainer, Bathroom Drain Plug, Drain Stopper | https://us.shein.com/Bathtub-Stopper-Sink-Stopper-Bathtub-Drain-Hair-Catcher-Shower-Drain-Cover-Tub-Sink-Drain-Strainer-Bathroom-Drain-Plug-Drain-Stopper-p-17373660-cat-4919.html?src_identifier=st%3D2%260sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| Xinyiyouxuan General | China | 1pc Silicone Drain Stopper, Modern Solid Bath Tub Plug For Bathroom | https://us.shein.com/1pc-Silicone-Drain-Stopper-Modern-Solid-Bath-Tub-Plug-For-Bathroom-p-18301112-cat-4919.html?src_identifier=st%3D2%260sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |

| | | | | |
|---|---|---|---|---|
| Kuujojo General | China | 1pc Silicone Drain Stopper, Minimalist Grey Bath Tub Plug For Home | https://us.shein.com/1pc-Silicone-Drain-Stopper-Minimalist-Grey-Bath-Tub-Plug-For-Home-p-14025956-cat-3532.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60ps%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| Chengxin1 General | China | 1pc Press-type Anti-insect And Deodorant Silicone Drain Cover Suitable For Drainage In Bathtub, Kitchen, Laundry Room, Featuring Hair Catcher | https://us.shein.com/1pc-Press-type-Anti-insect-And-Deodorant-Silicone-Drain-Cover-Suitable-For-Drainage-In-Bathtub-Kitchen-Laundry-Room-Featuring-Hair-Catcher-p-22305434-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| Louge General | China | 1pc Pink Press-type Silicone Deodorant Filter Drain Cover For Toilet, Hidden Plastic Floor Drain | https://us.shein.com/1pc-Pink-Press-type-Silicone-Deodorant-Filter-Drain-Cover-For-Toilet-Hidden-Plastic-Floor-Drain-p-25783970-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| CHENGYIJIA JV Tools & Home Improveme nt | China | 2pcs Random Color Silicone Disc Shaped Drain Strainer And Seal Stopper Set, Suitable For Sinks And Bathtubs, Kitchen And Bathroom Accessories | https://us.shein.com/2pcs-Random-Color-Silicone-Disc-Shaped-Drain-Strainer-And-Seal-Stopper-Set-Suitable-For-Sinks-And-Bathtubs-Kitchen-And-Bathroom-Accessories-p-20917186-cat-3532.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |

| JHhuaisi General | China | 5pcs/set Random Color Silicone Floor Drain Cover, Modern Solid Color Household Sewer Pipe Anti-smell Cover For Bathroom | https://us.shein.com/5pcs-set-Random-Color-Silicone-Floor-Drain-Cover-Modern-Solid-Color-Household-Sewer-Pipe-Anti-smell-Cover-For-Bathroom-p-15762128-cat-1962.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| --- | --- | --- | --- | --- |
| Qiyue General | China | 1pc Shower Drain Stopper, Bathtub Stopper Silicone Drain Strainers Sink Stopper Easy to Install and Clean Protectors Cover for Bathtub Kitchen Bathroom and Laundry Sink Diameter 10 cm/3.94 inch-Random color | https://us.shein.com/1pc-Shower-Drain-Stopper-Bathtub-Stopper-Silicone-Drain-Strainers-Sink-Stopper-Easy-to-Install-and-Clean-Protectors-Cover-for-Bathtub-Kitchen-Bathroom-and-Laundry-Sink-Diameter-10-cm-3-94-inch-Random-color-p-24099181-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| Chengxin1 General | China | 1pc Press-type Anti-insect And Deodorizing Silicone Drain Cover, Universal Plug For Sink, Hair Collector For Bathroom Drainage Pipe, Water Pressure Cover For Bathtub, Kitchen, Laundry Room | https://us.shein.com/1pc-Press-type-Anti-insect-And-Deodorizing-Silicone-Drain-Cover-Universal-Plug-For-Sink-Hair-Collector-For-Bathroom-Drainage-Pipe-Water-Pressure-Cover-For-Bathtub-Kitchen-Laundry-Room-p-22305424-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |

| | | | | |
|---|---|---|---|---|
| WZyidong Tools & Home Improveme nt | China | 1pc Sink Stopper Silicone Bathtub Stopper, Kitchen Sink Drain Strainer, Bathroom Drain Plug Drain Stopper, Shower Drain Sink Cover with Hair Strainer, Laundry Sink Drain Stopper (3 colors) | https://us.shein.com/1pc-Sink-Stopper-Silicone-Bathtub-Stopper-Kitchen-Sink-Drain-Strainer-Bathroom-Drain-Plug-Drain-Stopper-Shower-Drain-Sink-Cover-with-Hair-Strainer-Laundry-Sink-Drain-Stopper-3-colors-p-17293664-cat-5697.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| Hongli01 Tools & Home Improveme nt | China | Kitchen Press Type Deodorant Filter Mesh, Silicone Disc Bouncing Drain Cover For Bathroom & Kitchen, Random Colors, 1/3pcs | https://us.shein.com/Kitchen-Press-Type-Deodorant-Filter-Mesh-Silicone-Disc-Bouncing-Drain-Cover-For-Bathroom-Kitchen-Random-Colors-1-3pcs-p-26102879-cat-3531.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=1-1 | SHEIN.com |
| JieYang Tools & Home Improveme nt | China | 1PC Kitchen Press Type Anti Clogging Silicone Floor Drain Size 3.85in * 3.85in Bathroom Anti Clogging Sink Filtering Floor Drain | https://us.shein.com/1PC-Kitchen-Press-Type-Anti-Clogging-Silicone-Floor-Drain-Size-3-85in-3-85in-Bathroom-Anti-Clogging-Sink-Filtering-Floor-Drain-p-27172966-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |

| | | | | |
|---|---|---|---|---|
| Louge General | China | 1pc White Silicone Press-type Odor-proof Floor Drain Cover Bathroom Drain Filter Plug, Hidden Drain Cap Plastic Drainage | https://us.shein.com/1pc-White-Silicone-Press-type-Odor-proof-Floor-Drain-Cover-Bathroom-Drain-Filter-Plug-Hidden-Drain-Cap-Plastic-Drainage-p-25787109-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| JHkaisheng General | China | 1pc Silicone Random Color Drain Stopper | https://us.shein.com/1pc-Silicone-Random-Color-Drain-Stopper-p-15765724-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| Youfanjiaju General | China | 1pc Plastic Sink Filter Drain For Kitchen | https://us.shein.com/1pc-Plastic-Sink-Filter-Drain-For-Kitchen-p-18523700-cat-4919.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |
| QZmushu Tools & Home Improveme nt | China | Sink Basin Drain Plug, Press Type Disk-shaped Floor Drain With Anti-odor Cover For Bathroom | https://us.shein.com/Sink-Basin-Drain-Plug-Press-Type-Disk-shaped-Floor-Drain-With-Anti-odor-Cover-For-Bathroom-p-22948947-cat-5687.html?src_identifier=st%3D2%60sc%3DSilicone%20hair%20catcher%20stopper%20drain%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home1701908943609&mallCode=1&imgRatio=3-4 | SHEIN.com |

| Xiaohao Appliances | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray , Bathroom Tools | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-g-601099513943838.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F0173ade965d4b9f368a08b2909b5b320.jpg&spec_gallery_id=13950208&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTg&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699988018629_aycnri7ohm&_x_sessn_id=9kw1jyucmc&is_back=1 | TEMU marketplace |
| Home Furnishing factory | China | 1pc 2-in-1 Drain Stopper & Filters Bathtub Sink Strainer, Shower Drain Hair Trap Catcher, Silicone Hot Bath Tub Protector Good Grips, Drain Cover For Floor, Laundry, Kitchen, Bathroom, Household Accessories | https://www.temu.com/1pc-2-in-1-drain-stopper-filters-bathtub-sink-strainer-shower-drain-hair-trap-catcher-silicone-hot-bath-tub-protector-good-grips-drain-cover-for-floor-laundry-kitchen-bathroom-household-accessories-g-601099525194369.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-09-03%2F1693709176741-93c073ad586d4164b7213ef627c84aaf-goods.jpeg&spec_gallery_id=2031792688&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTM&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699988018629_aycnri7ohm&_x_sessn_id=9kw1jyucmc | TEMU marketplace |

| Winnies Department | China | 1pc Press-type Anti-odor Sink Drain Strainer, Floor Drain Cover, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Round Bath Tub Plug For Home Bathroom, Bathroom Accessories | https://www.temu.com/1pc-press-type-anti-odor-sink-drain-strainer-floor-drain-cover-silicone-drain-stopper-hair-catcher-shower-drain-cover-round-bath-tub-plug-for-home-bathroom-bathroom-accessories-g-601099525976054.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F603f22f2bdaefdc0da3358ad66268581.jpg&spec_gallery_id=2043633115&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTc&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699988018629_aycnri7ohm&_x_sessn_id=9kw1jyucmc | TEMU marketplace |
| --- | --- | --- | --- | --- |
| Luo si fen | China | 3pcs Press-type Anti-odor Sink Drain Strainer, Floor Drain Cover, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Round Bath Tub Plug For Home Bathroom, Home Essentials | https://www.temu.com/3pcs-press-type-anti-odor-sink-drain-strainer-floor-drain-cover-silicone-drain-stopper-hair-catcher-shower-drain-cover-round-bath-tub-plug-for-home-bathroom-home-essentials-g-601099520810286.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-07-13%2F1689219981138-fde36153d60b42d4a2b8219618f82e87-goods.jpeg&spec_gallery_id=2016162646&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjI3&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699988018629_aycnri7ohm&_x_sessn_id=9kw1jyucmc | TEMU marketplace |

| PENGCHEN GFY | China | 5pcs Press-type Anti-odor Sink Drain Strainer, Sink Drain Protector, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Round Bath Tub Plug For Home Bathroom, Bathroom Accessories | https://www.temu.com/5pcs-press-type-anti-odor-sink-drain-strainer-sink-drain-protector-silicone-drain-stopper-hair-catcher-shower-drain-cover-round-bath-tub-plug-for-home-bathroom-bathroom-accessories-g-601099526523813.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-09-16%2F1694849269100-be48923f8ab249bd984cc161a46d5f3d-goods.jpeg&spec_gallery_id=2043552151&refer_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjEw&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699988018629_aycnri7ohm&_x_sessn_id=9kw1jyucmc | TEMU marketplace |
| Whtshop | China | 1pc 2-in-1 Drain Stopper & Filters, Bathtub Sink Strainer Shower Drain Hair Trap Catcher, Silicone Hot Bath Tub Protector, Good Grips Drain Cover For Floor, Laundry, Kitchen, Bathroom, Household Accessories | https://www.temu.com/1pc-2-in-1-drain-stopper-filters-bathtub-sink-strainer-shower-drain-hair-trap-catcher-silicone-hot-bath-tub-protector-good-grips-drain-cover-for-floor-laundry-kitchen-bathroom-household-accessories-g-601099525187779.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F5688d4d7c3b9af38624d6833639d14db.jpg&spec_gallery_id=2032493812&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_rec_ext_1=MTA4&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699988018629_aycnri7ohm&_x_sessn_id=9kw1jyucmc | TEMU marketplace |

| yxw super factory | China | 3pcs Press-type Anti-odor Sink Drain Strainer, Floor Drain Cover, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Round Bath Tub Plug For Home Bathroom, Home Essentials | https://www.temu.com/3pcs-press-type-anti-odor-sink-drain-strainer-floor-drain-cover-silicone-drain-stopper-hair-catcher-shower-drain-cover-round-bath-tub-plug-for-home-bathroom-home-essentials-g-601099524069016.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F312b1a993017eb71b5968228fde00592.jpg&spec_gallery_id=2026491509&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjAx&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699988018629_aycnri7ohm&_x_sessn_id=9kw1jyucmc | TEMU marketplace |
| Sweethess | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen Accessories | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-accessories-g-601099528513835.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-10-06%2F1696582194897-ad5bfd5f7d1b402495e6e02aaefeed81-goods.jpeg&spec_gallery_id=2039247980&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_rec_ext_1=OTg&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699988018629_aycnri7ohm&_x_sessn_id=9kw1jyucmc | TEMU marketplace |

| | | | | |
|---|---|---|---|---|
| RR Beauty | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray, Bathroom Tools | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-bathroom-tools-g-601099530196425.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F577eec6dcd8c77f1e40a21a09f49b240.jpg&spec_gallery_id=2043588615&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTg&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699990149136_dhu2fgdft3&_x_sessn_id=9kw1jyucmc | TEMU marketplace |
| JAMIE BEST | China | 3pcs Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray | https://www.temu.com/3pcs-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-g-601099527736784.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-09-26%2F1695724646045-f73b6d2dc42741e9b5c8d30018e214c0-goods.jpeg&spec_gallery_id=2035634146&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTk4&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699990149136_dhu2fgdft3&_x_sessn_id=9kw1jyucmc | TEMU marketplace |

| | | | | |
|---|---|---|---|---|
| Something Good Shop | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-g-601099527406556.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-09-24%2F1695519405706-a9d82ecd5e534572942de818d712814a-goods.jpeg&spec_gallery_id=2036181569&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTg&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699990149136_dhu2fgdft3&_x_sessn_id=9kw1jyucmc | TEMU marketplace |
| luoyingA | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-g-601099529225442.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-10-11%2F1697042293962-914d2774f9344ba7b66e41ee2e82257d-goods.jpeg&spec_gallery_id=2040562322&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_rec_ext_1=OTM&search_key=silicone%20drain%20hair%20catcher%20tub&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1699990149136_dhu2fgdft3&_x_sessn_id=9kw1jyucmc | TEMU marketplace |

| MSSugarHome | China | 1pc Anti-Clogging Silicone Floor Drain with Push-Type Deodorant Closure and Bouncing Action , Bathroom Tools | https://www.temu.com/1pc-kitchen-push-type-deodorant-closed-bouncing-silicone-floor-drain-sink-plug-floor-drain-anti-clogging-sink-filter-g-601099513225675.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F2b44b36d0eded00fdf726fcee03462ee.jpg&spec_gallery_id=9900248&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Nzk&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |
|---|---|---|---|---|
| Luban Home Furnishing Factory | China | 3/5pcs Push Type Silicone Floor Drain, Universal Silicone Sink Cover, Prevents Clogging, Bathroom Drain Hair Collector, Pressure Water Trap Cover, For Bathroom, Kitchen, Laundry, Gray, Bathroom Tools, Bathroom Sink Cover, Bathroom Cover | https://www.temu.com/3-5pcs-push-type-silicone-floor-drain-universal-silicone-sink-cover-prevents-clogging-bathroom-drain-hair-collector-pressure-water-trap-cover-for-bathroom-kitchen-laundry-gray-bathroom-tools-bathroom-sink-cover-bathroom-cover-g-601099528179094.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fc2092fc1e6b9e39346a8e8f96434b6be.jpg&spec_gallery_id=2037703343&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjQ4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |

| Adult body | China | **1pc Kitchen Push-type Deodorant Closed Bouncing Silicone Floor Drain, Bathroom Anti-clogging Sink Filter, Floor Drain Plug** | https://www.temu.com/1pc-kitchen-push-type-deodorant-closed-bouncing-silicone-floor-drain-bathroom-anti-clogging-sink-filter-floor-drain-plug-g-601099523182354.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F0a4551f7a637fda250235f9ae36ca388.jpg&spec_gallery_id=2021992087&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTA4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |
| Honglin Network | China | **2pcs Push-Type Silicone Floor Drain & Universal Sink Stopper, Prevent Clogging And Keep Your Sink Clean** | https://www.temu.com/2pcs-push-type-silicone-floor-drain-universal-sink-stopper-prevent-clogging-and-keep-your-sink-clean-g-601099524503529.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-08-25%2F1692972005297-2215bb15ab8a4f70b0c10ae5b0a4f5c4-goods.jpeg&spec_gallery_id=2028211257&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTc4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |

| Jingdi Flower Tea Shop | China | 1pc Silicone Universal Sink Stopper, Prevents Clogging, Pressure Water Cover For Bathroom Drainer, Bathtub, Kitchen, Laundry Room, Silicone Floor Drain | https://www.temu.com/1pc-silicone-universal-sink-stopper-prevents-clogging-pressure-water-cover-for-bathroom-drainer-bathtub-kitchen-laundry-room-silicone-floor-drain-g-601099523070432.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancyalgo%2FVirtualModelMatting%2F8c3005f8d47be8f1ef98592c3cdd4ee2.jpg&spec_gallery_id=2020718814&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTg&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |
| yozea Home Furnishings | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray, Bathroom Tools | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-bathroom-tools-g-601099528135650.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancyalgo%2FVirtualModelMatting%2F0173ade965d4b9f368a08b2909b5b320.jpg&spec_gallery_id=2036114799&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTAy&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |

| | | | | |
|---|---|---|---|---|
| JCXKJ | China | 1pc Silicone Anti-Odor Floor Drain with Press-Type Sink Filter - Easy to Install and Maintain - Perfect for Bathroom Sink and Tub - Reduces Odors and Clogs | https://www.temu.com/1pc-anti-odor-floor-drain-press-type-sink-drain-filter-silicone-drain-stopper-round-bath-tub-plug-for-bathroom-simple-sink-drain-cover-g-601099518589765.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancyalgo%2Ftoaster-api%2Ftoaster-processor-image-cm2in%2F6eee5902-01e2-11ee-96bc-0a580a698dd1.jpg&spec_gallery_id=2007851478&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTM&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |
| NAN OFFICE STUDIES | China | 2pcs Blue Kitchen Press-On Floor Drain, Odor Proof Silicone Dual Purpose Sink, Anti Clog Floor Drain, Round Plastic Filter Floor Drain Cover | https://www.temu.com/2pcs-blue-kitchen-press-on-floor-drain-odor-proof-silicone-dual-purpose-sink-anti-clog-floor-drain-round-plastic-filter-floor-drain-cover-g-601099528476655.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancyalgo%2FVirtualModelMatting%2F0330e16a11c544abd5dd40d4a4d1d62f.jpg&spec_gallery_id=2040051160&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTc4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |

| | | | | |
|---|---|---|---|---|
| Chaofan life | China | **2pcs Kitchen Press-type Anti-odor Closed Bouncing Silicone Floor Drain, Bathroom Anti-clogging Plastic Sink Filter, Floor Drain Water Plug** | https://www.temu.com/2pcs-kitchen-press-type-anti-odor-closed-bouncing-silicone-floor-drain-bathroom-anti-clogging-plastic-sink-filter-floor-drain-water-plug-g-601099530371569.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F01110800d8e8f97c94af82004c995ea8.jpg&spec_gallery_id=2044347579&refer_page_sn=10017&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTk4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&refer_page_name=bgn_verification&refer_page_id=10017_1699991610400_ulpx8rsxuc&_x_sessn_id=9kw1jyucmc | **TEMU marketplace** |
| YINGTAI | China | **1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray, Bathroom Tools** | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-bathroom-tools-g-601099527626703.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-09-25%2F1695657400116-352ee2f7e8cf4a199f55ad8488cdd6fd-goods.jpeg&spec_gallery_id=2034455011&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Nzc&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | **TEMU marketplace** |

| ZL office accessories | China | 1/3/5pcs Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray, Bathroom Tools | https://www.temu.com/1-3-5pcs-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-bathroom-tools-g-601099525435317.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-09-05%2F1693917529791-9dd845b32ca84afcba48e5b68fca7f44-goods.jpeg&spec_gallery_id=2029650380&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTI4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |
| --- | --- | --- | --- | --- |
| Colvyr | China | 1pc Sink Anti-blocking Silicone Floor Drain, Press-type Anti-odor Sink Drain Strainer, Floor Drain Cover, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Drain Cover Filter For Home Bathroom, Home Essentials | https://www.temu.com/1pc-sink-anti-blocking-silicone-floor-drain-press-type-anti-odor-sink-drain-strainer-floor-drain-cover-silicone-drain-stopper-hair-catcher-shower-drain-cover-drain-cover-filter-for-home-bathroom-home-essentials-g-601099522164182.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F9329a753afa7221eb59ec3466a197f6f.jpg&spec_gallery_id=2016287269&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=OTg&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |

| East rises | China | **1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water** | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-g-601099529945212.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-10-17%2F1697532066108-a797799dc8054ac7b7cc07c76f457a7e-goods.jpeg&spec_gallery_id=2042380119&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Nzg&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |
| HEGANG | China | **2pcs Kitchen Press, Deodorant Closed Spring Silicone Floor Drain, Bathroom Anti-clogging Plastic Sink Filter, Water Plug Drain** | https://www.temu.com/2pcs-kitchen-press-deodorant-closed-spring-silicone-floor-drain-bathroom-anti-clogging-plastic-sink-filter-water-plug-drain-g-601099528272836.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-10-04%2F1696394585690-21ef07113f2148b4afc15859d0cfc1b2-goods.jpeg&spec_gallery_id=2038381738&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTc1&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |

| LHBMAX | China | **2pcs Prevent Clogging And Keep Your Sink Clean, Push-Type Silicone Floor Drain & Universal Sink Stopper** | https://www.temu.com/2pcs-prevent-clogging-and-keep-your-sink-clean-push-type-silicone-floor-drain-universal-sink-stopper-g-601099526355380.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-09-14%2F1694690235211-229dc68c0ae0419484ac43218140cd8c-goods.jpeg&spec_gallery_id=2035481982&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTc4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |
| Mahua FunAge | China | **2pcs Prevent Clogging And Keep Your Sink Clean, Push-Type Silicone Floor Drain & Universal Sink Stopper** | https://www.temu.com/2pcs-prevent-clogging-and-keep-your-sink-clean-push-type-silicone-floor-drain-universal-sink-stopper-g-601099522787812.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-08-06%2F1691311395980-c52fa8d1d0704e7f8d4fbf5128c0e065-goods.jpeg&spec_gallery_id=2022226476&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTk4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |

| | | | | |
|---|---|---|---|---|
| Yun yue | China | **2pcs Press-type Anti-odor Sink Drain Strainer, Floor Drain Cover, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Round Bath Tub Plug For Home Bathroom, Home Essentials, Bathroom Accessories** | https://www.temu.com/2pcs-press-type-anti-odor-sink-drain-strainer-floor-drain-cover-silicone-drain-stopper-hair-catcher-shower-drain-cover-round-bath-tub-plug-for-home-bathroom-home-essentials-bathroom-accessories-g-601099528336712.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F6a7f9f57fd1cebb38b9d1398b9aebf3a.jpg&spec_gallery_id=2036247057&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTQ4&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |
| | China | **1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray** | https://www.temu.com/1pc-push-type-silicone-floor-drain-silicone-universal-sink-stopper-prevent-clogging-bathroom-drain-hair-catcher-press-water-trap-cover-for-tub-kitchen-laundry-gray-g-601099531003879.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-10-25%2F1698215932784-e4cb78cb7b684394b70ca868b5f9b332-goods.jpeg&spec_gallery_id=2046545291&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTA5&search_key=Push-type%20Silicone%20Floor%20Drain&refer_page_el_sn=200049&_x_sessn_id=9kw1jyucmc&refer_page_name=search_result&refer_page_id=10009_1699990407286_csjyixi09q | TEMU marketplace |