UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UMBRA LLC,

                          Plaintiff,

v.                                          24-CV-59 (JLS)

THE CORPORATIONS, INDIVIDUALS,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

                          Defendants.

---

## ORDER

Before the Court is Plaintiff Umbra LLC's *ex parte* motion to extend this Court's March 6, 2024 temporary restraining order ("TRO") (Dkt. 13) and certain deadlines contained in that TRO. Dkt. 14.

After reviewing Plaintiff's submissions, the Court concludes that good cause exists to extend the TRO for fourteen days. Several prerequisites to Plaintiff serving the TRO on Defendants have not occurred. In particular, Plaintiff has not received confirmation from eBay or SHEIN that those platforms have restrained Defendants' accounts.[1] Dkt. 14 ¶¶ 6, 7. Nor has Plaintiff received the contact information for Defendants in response to the subpoenas Plaintiff issued to eBay and SHEIN. *Id.* ¶ 5. Without that information, Plaintiff cannot serve Defendants.

---

[1] This Court previously concluded that an order restraining Defendants' accounts was necessary to prevent Defendants from transferring funds and otherwise evading consequences for their alleged infringement. *See* Dkt. 13, at 2–5.

Because Plaintiff has been unable to serve all named Defendants, Defendants have not received notice of the TRO, and Defendants have not had an opportunity to respond to the TRO or appear for the preliminary injunction hearing. Accordingly, good cause exists to extend the TRO for fourteen days, to allow time for Defendants to receive notice and a chance to appear and respond.

Based on the above, IT IS HEREBY:

ORDERED that the TRO (Dkt. 13) is extended for fourteen days, pursuant to Federal Rule of Civil Procedure 65(b)(2); and it is further

ORDERED that third-party e-commerce platforms eBay, Temu, and SHEIN shall comply with Plaintiff's subpoenas by **March 20, 2024**; and it is further

ORDERED that Plaintiff shall serve the summonses, the complaint, the TRO (Dkt. 13), this order, and other filings and discovery in this matter upon each Defendant promptly, as directed in Dkt. 13, after ascertaining Defendants' email addresses; and it is further

ORDERED that Plaintiff shall report to the Court, by **March 22, 2024**, of its progress on service; and it is further

ORDERED that Defendants shall show cause before this Court, by appearing at a hearing on **March 29, 2024, at 3:30 p.m.**, why a preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a) should not issue; and it is further

ORDERED that any written opposition to Plaintiff's motion for a preliminary injunction is due by **March 27, 2024**; and it is further

ORDERED that any written reply from Plaintiff in further support of its motion for a preliminary injunction is due by **March 28, 2024**; and it is further

ORDERED that Plaintiff shall move to unseal this case after service on Defendants has been effectuated; and it is further

ORDERED that the March 15, 2024 preliminary injunction hearing is canceled.

Dated:   March 15, 2024
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE