UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UMBRA LLC,

                                        Plaintiff,

v.                                                          24-CV-59 (JLS)

THE CORPORATIONS, INDIVIDUALS,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

                                        Defendants.

## PRELIMINARY INJUNCTION ORDER

Before the Court is Plaintiff Umbra LLC's motion for a preliminary injunction

(Dkt. 7).  Based on its review of the complaint (Dkt. 1), the motion for a preliminary

injunction and supporting declarations and exhibits (Dkt. 7), and the record of

proceedings in this case, the Court finds the following:

- On February 22, 2024, Plaintiff filed *ex parte* applications for: (1) a

  temporary restraining order; (2) an order restraining Defendants' seller

  accounts and assets with relevant third-party service platforms and

  financial institutions; (3) an order to show cause why a preliminary

  injunction should not issue; (4) an order authorizing alternative service

  of process via email and website posting; and (5) an order authorizing

  expedited discovery of e-commerce marketplace platforms located at

  Temu.com, SHEIN.com, and eBay.com;

- On March 6, 2024, the Court entered an order granting Plaintiff's *ex parte* application (Dkt. 13) (the "TRO"), which ordered Defendants to appear on March 15, 2024, at 2:00 p.m., to show cause why a preliminary injunction should not issue;

- On March 12, 2024, Plaintiff effectuated service of the subpoenas and TRO on all third-party service providers;

- On March 12, 2024, Plaintiff moved for an extension of certain deadlines contained within the TRO, as well as for an extension of the TRO (Dkt. 14);

- On March 15, 2024, the Court granted Plaintiff's extension motion (Dkt. 15), extending the TRO by fourteen days, setting a March 27, 2024 deadline for any written opposition to the TRO and preliminary injunction motion, and rescheduling the show-cause hearing to March 29, 2024 at 3:30 p.m.;

- On March 20, 2024, Plaintiff served all papers filed in this lawsuit on each known Defendant;

- On March 27, 2024, pursuant to the alternative methods of service authorized by the TRO, Plaintiff received 57 signed summonses that were uploaded to a secure website containing copies of the complaint, the TRO, all papers filed in support of Plaintiff's application, and the March 15, 2024 extension order for review by each Defendant with a valid email address;

2

- No Defendant submitted a written opposition to the TRO and preliminary injunction motion by the March 27, 2024 deadline;

- On March 29, 2024, at 3:30 p.m., Plaintiff appeared at the show-cause hearing, but no Defendants appeared;

- For the reasons discussed on the record at the March 29, 2024 show-cause hearing, all Defendants, except Defendants 6, 8, and 11, received sufficient notice of the TRO and preliminary injunction motion; and

- For the reasons discussed on the record at the March 29, 2024 show-cause hearing, the Court has personal jurisdiction over all Defendants, except Defendants 6, 8, and 11.

Based on the above, and the record of the proceedings in this case, and for the additional reasons in the TRO (Dkt. 13), IT IS HEREBY ORDERED that:

1. This order shall apply to all of the seller IDs, associated e-commerce stores and websites, and any other seller identification names, e-commerce stores, domain names, websites, or financial accounts that are being used by Defendants to infringe Plaintiff's patent and/or unfairly compete with Plaintiff.

2. Each Defendant listed in Schedule "A"—except Defendants 6, 8, and 11—including its officers, directors, employees, agents, subsidiaries, and all persons in active concert or participation with any Defendant, having notice of this and order, are hereby restrained and enjoined until further order of this Court:

3

    a.  from manufacturing, importing, advertising, promoting, offering
to sell, selling, distributing, or transferring any products
infringing on the claims protected in Plaintiff's patent (Patent
No: US 10,273,671 B2, dated April 20, 2019), or bearing
reproductions or derivatives of Plaintiff's patent other than those
actually manufactured or distributed by Plaintiff; and

    b.  from secreting, concealing, destroying, selling off, transferring, or
otherwise disposing of: (i) any products, not manufactured or
distributed by Plaintiff, bearing reproductions or derivatives of
Plaintiff's patent; or (ii) any evidence relating to the
manufacture, importation, sale, offer for sale, distribution, or
transfer of any products bearing reproductions or derivatives of
Plaintiff's patent; or (iii) any assets or other financial accounts
subject to this order, including inventory assets, in the actual or
constructive possession of, or owned, controlled, or held by, or
subject to access by, any Defendant, including, but not limited to,
any assets held by or on behalf of any Defendant.

3. Each Defendant, its officers, directors, employees, agents, subsidiaries,
and any third-party financial institutions, payment processors, banks,
escrow services, or money transmitters, and their related companies and
affiliates, having notice of this order shall:

    a.  immediately discontinue the use of any unauthorized copies
Plaintiff's patent, on or in connection with all Internet based e-

commerce seller stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the seller IDs listed in Schedule "A" until further order of this Court;

b.  not transfer ownership of the seller IDs listed in Schedule "A" during the pendency of this action, or until further order of the Court;

c.  restrain the transfer of all funds, including funds relating to ongoing account activity, held or received for Defendants' benefit or to be transferred into Defendants' respective financial accounts and restrain any other financial accounts tied thereto, and immediately divert those restrained funds to a holding account for the trust of the Court.

AND IT IS FURTHER ORDERED that Plaintiff shall serve this order upon each Defendant, promptly upon ascertaining their email addresses, by:

1.  sending emails to each Defendant via the email accounts provided by each Defendant as part of the data related to its e-commerce store, including customer service email addresses and onsite contact forms, or by the e-commerce platform email for each of the e-commerce stores, and in the email providing the address to Plaintiff's designated website to Defendants; and

2.  publicly posting a copy of this order and all filings in this matter on Plaintiff's designated website: https://bit.ly/RP-Umbra;

AND IT IS FURTHER ORDERED that Defendants are hereby given notice that they may be deemed to have actual notice of the terms of this order, and any act in violation of this order may be considered and prosecuted as contempt of this Court;

AND IT IS FURTHER ORDERED that the $10,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case, or until this order is terminated;

AND IT IS FURTHER ORDERED that this order shall remain in effect during the pendency of this action, or until further order of the Court;

AND IT IS FURTHER ORDERED that any Defendant subject to this order may appear and move to dissolve or modify the order on two days' notice to Plaintiff or on shorter notice as set by the Court;

AND IT IS FURTHER ORDERED that if Defendants do not appear, Plaintiff shall provide the Court with a status update by May 13, 2024, informing the Court whether Plaintiff intends to move for an order granting a permanent injunction and default judgment;

AND IT IS FURTHER ORDERED that this order shall go into effect immediately;

AND IT IS FURTHER ORDERED that this case is unsealed.

Dated:      March 29, 2024
            Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

6

# SCHEDULE A

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 1 | miihome | China | 5Pack Silicone Shower Drain Sink Bathtub Stopper Cover Hair Catcher Strainer | https://www.eb | eBay US |
| 2 | mygizmos | China | 4Pack Silicone Shower Drain Sink Bathtub Stopper Cover Hair Catcher Strainer USA | https://www.eb | eBay US |
| 3 | YWlinjin General | China | Prevent Clogging And Keep Sink Clean-1pc Push-style Silicone Rubber Floor Drain And Sink Stopper | https://us.shein | SHEIN.com |
| 4 | PartyGo General | China | 1pc Push-style Silicone Rubber Floor Drain And Sink Stopper Prevent Clogging And Keep Sink Clean | https://us.shein | SHEIN.com |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 5 | LiYun General | China | Sink Plug Floor Drain Dair Stopper Hand Sink Plug Bath Catcher Sink Strainer Cover Tool | https://us.shein | SHEIN.com |
| 6 | CHANJIAN General | China | 4/8pcs Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry | https://us.shein | SHEIN.com |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 7 | Chilin General | China | 1pc Washbasin sink leak plug, sewer pipe sink push-type flying saucer floor drain, odor-proof cover, bathroom sealing plug,Keep Your Bathroom Drains Clean and Clog-Free with Our Multi-Pack of Drain Stoppers!(random color) | https://us.shein. | SHEIN.com |
| 8 | BLISS General | China | 1PCS Hair Catcher Durable Silicone Hair Stopper Shower Drain Covers, Press-fit sink saucer-shaped floor drain cover, Easy to Install and Clean Suit for Bathroom Bathtub and Kitchen | https://us.shein | SHEIN.com |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 9 | Zhiyumaoyi General | China | 3pcs Gray Bathroom Anti Clogging Floor Drain Plug,Kitchen Sink Drain Stopper,Anti-Odor Press Type Disc Drain Cover,Bathroom Tub Hair Catcher,Durable Shower Room Drain Caps. | https://us.shein | SHEIN.com |
| 10 | SZSSQ General | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray , Bathroom Tools | https://us.shein | SHEIN.com |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 11 | Kyerbtdc General | China | 2pc Push-Type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray , Bathroom Tools | https://us.shein | SHEIN.com |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 12 | Handsome General | China | 5pcs/set Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray , Bathroom Too, Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, | https://us.shein | SHEIN.com |
| 13 | TheStarLifeTube General | China | Bathroom Bathtub Drain Cover Silicone Drain Plug Kitchen Sink Drain Stopper Cover - Non-selective Color: 1pc/pack | https://us.shein | SHEIN.com |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 14 | SongXinCraft General | China | 1pc 2-In-1 Drain Stopper Filter For Bathtub/Sink/Shower Waste Plug With Silicone Hot Water Tub Protector And Non-Slip Grip, Suitable For Floor, Laundry Room, Kitchen, Bathroom, Home Accessories | https://us.shein. | SHEIN.com |
| 15 | YWtuanda General | China | Bathtub Stopper, Sink Stopper, Bathtub Drain Hair Catcher, Shower Drain Cover, Tub Sink Drain Strainer, Bathroom Drain Plug, Drain Stopper | https://us.shein. | SHEIN.com |
| 16 | Xinyiyouxuan General | China | 1pc Silicone Drain Stopper, Modern Solid Bath Tub Plug For Bathroom | https://us.shein. | SHEIN.com |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 17 | Kuujojo General | China | 1pc Silicone Drain Stopper, Minimalist Grey Bath Tub Plug For Home | https://us.shein. | SHEIN.com |
| 18 | CHENGYIJIAJV Tools & Home Improvement | China | 2pcs Random Color Silicone Disc Shaped Drain Strainer And Seal Stopper Set, Suitable For Sinks And Bathtubs, Kitchen And Bathroom Accessories | https://us.shein. | SHEIN.com |
| 19 | JHhuaisi General | China | 5pcs/set Random Color Silicone Floor Drain Cover, Modern Solid Color Household Sewer Pipe Anti-smell Cover For Bathroom | https://us.shein. | SHEIN.com |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 20 | Qiyue General | China | 1pc Shower Drain Stopper, Bathtub Stopper Silicone Drain Strainers Sink Stopper Easy to Install and Clean Protectors Cover for Bathtub Kitchen Bathroom and Laundry Sink Diameter 10 cm/3.94 inch- Random color | https://us.shein | SHEIN.com |
| 21 | Chengxin1 General | China | 1pc Press-type Anti-insect And Deodorizing Silicone Drain Cover, Universal Plug For Sink, Hair Collector For Bathroom Drainage Pipe, Water Pressure Cover For Bathtub, Kitchen, Laundry Room | https://us.shein | SHEIN.com |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 22 | WZyidong Tools & Home Improvement | China | 1pc Sink Stopper Silicone Bathtub Stopper, Kitchen Sink Drain Strainer, Bathroom Drain Plug Drain Stopper, Shower Drain Sink Cover with Hair Strainer, Laundry Sink Drain Stopper (3 colors) | https://us.shein | SHEIN.com |
| 23 | Hongli01 Tools & Home Improvement | China | Kitchen Press Type Deodorant Filter Mesh, Silicone Disc Bouncing Drain Cover For Bathroom & Kitchen, Random Colors, 1/3pcs | https://us.shein | SHEIN.com |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 24 | JieYang Tools & Home Improvement | China | 1PC Kitchen Press Type Anti Clogging Silicone Floor Drain Size 3.85in * 3.85in Bathroom Anti Clogging Sink Filtering Floor Drain | https://us.shein | SHEIN.com |
| 25 | Louge General | China | 1pc White Silicone Press-type Odor-proof Floor Drain Cover Bathroom Drain Filter Plug, Hidden Drain Cap Plastic Drainage | https://us.shein | SHEIN.com |
| 26 | JHkaisheng General | China | 1pc Silicone Random Color Drain Stopper | https://us.shein | SHEIN.com |
| 27 | Youfanjiaju General | China | 1pc Plastic Sink Filter Drain For Kitchen | https://us.shein | SHEIN.com |
| 28 | QZmushu Tools & Home Improvement | China | Sink Basin Drain Plug, Press Type Disk-shaped Floor Drain With Anti-odor Cover For Bathroom | https://us.shein | SHEIN.com |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 29 | Xiaohao Appliances | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray , Bathroom Tools | https://www.te | TEMU marketplace |
| 30 | Home Furnishing factory | China | 1pc 2-in-1 Drain Stopper & Filters Bathtub Sink Strainer, Shower Drain Hair Trap Catcher, Silicone Hot Bath Tub Protector Good Grips, Drain Cover For Floor, Laundry, Kitchen, Bathroom, Household Accessories | https://www.te | TEMU marketplace |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 31 | Winnies Department | China | 1pc Press-type Anti-odor Sink Drain Strainer, Floor Drain Cover, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Round Bath Tub Plug For Home Bathroom, Bathroom Accessories | https://www.te | TEMU marketplace |
| 32 | Luo si fen | China | 3pcs Press-type Anti-odor Sink Drain Strainer, Floor Drain Cover, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Round Bath Tub Plug For Home Bathroom, Home Essentials | https://www.te | TEMU marketplace |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 33 | PENGCHENGFY | China | 5pcs Press-type Anti-odor Sink Drain Strainer, Sink Drain Protector, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Round Bath Tub Plug For Home Bathroom, Bathroom Accessories | https://www.te | TEMU marketplace |
| 34 | Whtshop | China | 1pc 2-in-1 Drain Stopper & Filters, Bathtub Sink Strainer Shower Drain Hair Trap Catcher, Silicone Hot Bath Tub Protector, Good Grips Drain Cover For Floor, Laundry, Kitchen, Bathroom, Household Accessories | https://www.te | TEMU marketplace |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 35 | yxw super factory | China | 3pcs Press-type Anti-odor Sink Drain Strainer, Floor Drain Cover, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Round Bath Tub Plug For Home Bathroom, Home Essentials | https://www.te | TEMU marketplace |
| 36 | Sweethess | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen Accessories | https://www.te | TEMU marketplace |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 37 | RR Beauty | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray, Bathroom Tools | https://www.te | TEMU marketplace |
| 38 | JAMIE BEST | China | 3pcs Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray | https://www.te | TEMU marketplace |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 39 | Something Good Shop | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray | https://www.te | TEMU marketplace |
| 40 | luoyingA | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray | https://www.te | TEMU marketplace |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 41 | MSSugarHome | China | 1pc Anti-Clogging Silicone Floor Drain with Push-Type Deodorant Closure and Bouncing Action , Bathroom Tools | https://www.te | TEMU marketplace |
| 42 | Luban Home Furnishing Factory | China | 3/5pcs Push Type Silicone Floor Drain, Universal Silicone Sink Cover, Prevents Clogging, Bathroom Drain Hair Collector, Pressure Water Trap Cover, For Bathroom, Kitchen, Laundry, Gray, Bathroom Tools, Bathroom Sink Cover, Bathroom Cover | https://www.te | TEMU marketplace |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 43 | Adult body | China | 1pc Kitchen Push-type Deodorant Closed Bouncing Silicone Floor Drain, Bathroom Anti-clogging Sink Filter, Floor Drain Plug | https://www.te | TEMU marketplace |
| 44 | Honglin Network | China | 2pcs Push-Type Silicone Floor Drain & Universal Sink Stopper, Prevent Clogging And Keep Your Sink Clean | https://www.te | TEMU marketplace |
| 45 | Jingdi Flower Tea Shop | China | 1pc Silicone Universal Sink Stopper, Prevents Clogging, Pressure Water Cover For Bathroom Drainer, Bathtub, Kitchen, Laundry Room, Silicone Floor Drain | https://www.te | TEMU marketplace |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 46 | yozea Home Furnishings | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray, Bathroom Tools | https://www.te | TEMU marketplace |
| 47 | JCXKJ | China | 1pc Silicone Anti-Odor Floor Drain with Press-Type Sink Filter - Easy to Install and Maintain - Perfect for Bathroom Sink and Tub - Reduces Odors and Clogs | https://www.te | TEMU marketplace |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 48 | NAN OFFICE STUDIES | China | 2pcs Blue Kitchen Press-On Floor Drain, Odor Proof Silicone Dual Purpose Sink, Anti Clog Floor Drain, Round Plastic Filter Floor Drain Cover | https://www.te | TEMU marketplace |
| 49 | Chaofan life | China | 2pcs Kitchen Press-type Anti-odor Closed Bouncing Silicone Floor Drain, Bathroom Anti-clogging Plastic Sink Filter, Floor Drain Water Plug | https://www.te | TEMU marketplace |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 50 | YINGTAI | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray, Bathroom Tools | https://www.te | TEMU marketplace |
| 51 | ZL office accessories | China | 1/3/5pcs Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water Trap Cover For Tub, Kitchen, Laundry, Gray, Bathroom Tools | https://www.te | TEMU marketplace |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 52 | Colvyr | China | 1pc Sink Anti-blocking Silicone Floor Drain, Press-type Anti-odor Sink Drain Strainer, Floor Drain Cover, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Drain Cover Filter For Home Bathroom, Home Essentials | https://www.te | TEMU marketplace |
| 53 | East rises | China | 1pc Push-type Silicone Floor Drain, Silicone Universal Sink Stopper, Prevent Clogging, Bathroom Drain Hair Catcher, Press Water | https://www.te | TEMU marketplace |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 54 | HEGANG | China | 2pcs Kitchen Press, Deodorant Closed Spring Silicone Floor Drain, Bathroom Anti-clogging Plastic Sink Filter, Water Plug Drain | https://www.te | TEMU marketplace |
| 55 | LHBMAX | China | 2pcs Prevent Clogging And Keep Your Sink Clean, Push-Type Silicone Floor Drain & Universal Sink Stopper | https://www.te | TEMU marketplace |
| 56 | Mahua FunAge | China | 2pcs Prevent Clogging And Keep Your Sink Clean, Push-Type Silicone Floor Drain & Universal Sink Stopper | https://www.te | TEMU marketplace |

| Def. No. | Seller's name | Location | Infringer's product description | URL(s) | Online Platform |
|---|---|---|---|---|---|
| 57 | Yun yue | China | 2pcs Press-type Anti-odor Sink Drain Strainer, Floor Drain Cover, Silicone Drain Stopper, Hair Catcher Shower Drain Cover, Round Bath Tub Plug For Home Bathroom, Home Essentials, Bathroom Accessories | https://www.te | TEMU marketplace |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |