## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

UMBRA LLC,

                    Plaintiff,

vs.

THE CORPORATIONS, INDIVIDUALS,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON "SCHEDULE A",

                    Defendants.

Docket No.:  1:24-cv-00059-JLS

### CERTIFICATE OF SERVICE

I, Taylor L. Kent, hereby certify as follows:

1.      I am over eighteen (18) years of age and not a party to this action.   I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein.  I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2.      I am an associate attorney with the law firm Rupp Pfalzgraf LLC, located at 1600 Liberty Building, Buffalo, New York 14202.   I am duly admitted to practice before the Courts of the State of New York and the United States District Court for the Western District of New York.

3.      I am an attorney for plaintiff Umbra, LLC ("plaintiff") in the above captioned case.

4.      On January 12, 2024, plaintiff filed this action and moved *ex parte* to temporarily seal this matter until service of the above-captioned defendants.

5.      On February 22, 2024, plaintiff moved *ex parte* for: 1) a temporary restraining order; 2) an order restraining defendants' merchant storefronts and defendants' assets with the relevant financial institutions; 3) an order to show cause why a preliminary injunction should not issue; and 4) an order authorizing alternative service and expedited third-party discovery.

6.      On March 6, 2024, the Court entered an Order granting plaintiff's application ("TRO"), which ordered defendants to appear on March 15, 2024 at 2:00 p.m. to show cause why a preliminary injunction should not issue ("Show Cause Hearing").

7.      On March 12, 2024, plaintiff filed a request for an extension of certain deadlines contained within the TRO.

8.      On March 15, 2024, the Court granted plaintiff's request and entered an Order extending the TRO by fourteen (14) days and ordering of any written opposition to the TRO be due by March 27, 2024 and rescheduling the Show Cause Hearing to March 29, 2024 at 3:30 p.m.

9.      On March 27, 2024, pursuant to the alternative methods of service authorized by the TRO, all defendants except for defendants 6, 8, and 11, were provided notice of this lawsuit by service of a secured website link containing copies of all summonses, the complaint, TRO, all papers filed in support of the plaintiff's application and the March 15, 2024 Order.

10.      On April 3, 2024, pursuant to the methods of alternative service authorized by the TRO, service was completed with respect to defendants 12, 48 and 57 upon plaintiff's receipt of a signed summons for each of those defendants. For all other defendants, except for defendants 6, 8, and 11, service was completed on March 27, 2024.

11.     On March 29, 2024, the plaintiff appeared at the Show Cause Hearing on why a preliminary injunction should not issue, however, no defendants appeared.  On the same date, the Court entered a PI Order against all defendants except for defendants 6, 8, and 11, mirroring the terms of the TRO and extending through the pendency of the Action.

12.     On April 3, 2024, pursuant to the methods of alternative service authorized by the TRO, plaintiff served all defendants except for defendants 6, 8, and 11 with a copy of the Court's PI Order.

Dated: April 4, 2024                       **RUPP PFALZGRAF LLC**
                                           *Attorneys for Plaintiff*
                                           By:___s/Taylor L. Kent____
                                                James J. Graber
                                                Taylor L. Kent
                                           1600 Liberty Building
                                           Buffalo, New York 14202
                                           (716) 854-3400
                                           graber@RuppPfalzgraf.com
                                           kent@RuppPfalzgraf.com