UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UMBRA, LLC

    Plaintiff

-vs-                                            24-cv-59

THE CORPORATIONS, INDIVIDUALS,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A

    Defendants

---

**PLEASE TAKE NOTICE**, that Daniel J. Brady, Esq., an attorney with Hagerty & Brady, hereby appears in this action as attorneys for Defendant JHhuaisi and requests that he be served with copies of all future pleadings, discovery and submissions to the Court.

DATED:    Buffalo, New York
                 May 13, 2024.

                                              **HAGERTY & BRADY**

                                      By: s/ Daniel J. Brady
                                          **DANIEL J. BRADY, ESQ.**
                                          Attorneys for Defendant
                                          SNAP INC.
                                          69 Delaware Avenue, Suite 1010
                                          Buffalo, NY 14202-3875
                                          Telephone: (716) 856-9443
                                          Fax:       (716) 856-0511
                                          Email: dbrady@hagerty-brady.com