UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UMBRA, LLC,

          Plaintiff,

v.

THE CORPORATIONS, INDIVIDUALS,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

          Defendants.

NOTICE OF APPEARANCE

24-cv-59

---

        PLEASE TAKE NOTICE that David C. Donohue, Esq., Of Counsel to Bishop, Diehl and Lee, 1475 East Woodfield Road, Suite 800, Schaumburg, IL 60173, hereby appears in this action as attorneys for Defendants Song Xin craft, Youfanjiaju, Kuujojo, zhiyumaoyi, qiyue, JCXKJ, xinyiyouxuan, PartyGo, Colvyr, Chengxin1 and requests that he be served with copies of all future pleadings, discovery and submissions to the Court.

Dated:      May 15, 2024
                Tonawanda, New York

         /s/ David C. Donohue, Esq.
         DAVID C. DONOHUE, ESQ.
         Attorney for listed defendants
         77 Broad St.
         Tonawanda, New York 14150
         (716) 693-0359
         Email: david@donohuelaw.com