### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NEW YORK

UMBRA, LLC,

                Plaintiff,

vs.

THE CORPORATIONS, INDIVIDIUALS,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

                Defendants.

Case No.: 1:24-cv-00059

## STIPULATION TO EXTEND TIME TO APPEAR

**IT HEREBY IS STIPULATED AND AGREED,** with consent of counsel for Plaintiff UMBRA LLC, that the time for Defendant JHhuasi to respond to Plaintiff's complaint hereby is extended up to and including June 10, 2024.

**IT FURTHER IS STIPULATED AND AGREED,** that this Stipulation may be signed in counterpart, and that a copy with e-signatures may be filed in lieu of the original.

Dated: May 29, 2024
        Buffalo, New York

| | |
|---|---|
| **RUPP PFALZGRAF LLC** | **HAGERTY & BRADY** |
| Attorneys for Plaintiff | Attorney for Defendant JHhuasi |
| | |
| By: s/ *James Graber* | By:  s/  *Daniel J. Brady* |
|     James Graber, Esq. |     Daniel J. Brady, Esq. |
| 1600 Liberty Building | 69 Delaware Avenue, Suite 1010 |
| Buffalo, New York 14202 | Buffalo, New York  14202-3875 |
| (716) 854-3400 | (716) 856-9443 |
| graber@RuppPfalzgraf.com | dbrady@hagerty-brady.com |